# AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JESSICA LEIGH COLLINS**[1]

6163 Nautilus Drive
PO Box 160
Horntown, VA 23395



RECEIVED

Case: 1:25−cv−00228 JURY DEMAND
Assigned To : Moss, Randolph D.
Assign. Date : 1/18/2025
Description: Pro Se Gen. Civ. (F−DECK)

v.                                              **JURY TRIAL DEMANDED**

**UNITED STATES OF AMERICA**

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

RECEIVED
Mail Room

JAN 2 1 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## REDRESS FOR SEX TRAFFICKING AND RACKETEERING

## BY UNITED STATES OF AMERICA

---

[1] JESSICA LEIGH COLLINS denotes the woman called jessica leigh collins living in a state of duress due to crimes of people working for THE UNITED STATES OF AMERICA.

## Table of Contents

I.   Cover letter.................................................................................................3

II.  COMPLAINT AND DEMAND FOR JURY TRIAL ..............................................7

A.   Opening Statement......................................................................................7

B.   Introduction.................................................................................................7

C.   Statement of Facts......................................................................................13

      a)  Sex Trafficking to Influential People.................................................13

      b)  Evasion, Concealment, & Defamation................................................15

      c)  Motive for Cover Up...........................................................................20

III. CAUSE OF ACTION ....................................................................................23

   1)   Violations of the Constitution...................................................................23

      A.  Count One: Treason............................................................................25

      B.  First Amendment: Freedom of Speech Violations .............................34

      C.  Fourth Amendment: Unlawful Seizure of Property ..........................37

      D.  Fifth Amendment: Violation of Due Process.....................................45

      E.  Eighth Amendment Violation: Cruel and Unusual Punishment ........49

      F.  Ninth and Tenth Amendments Violations: of Autonomy and Sovereign Rights .........52

      G.  Fourteenth Amendment Violations: Denial of Equal Protection .......55

   2)   Count Two: Sex Trafficking......................................................................59

   3)   Count Three: Racketeering.......................................................................63

   4)   Consolidation & Additional Causes of Action..........................................70

VI.    DEMANDED RELIEF .................................................................................73

VII.   JURISDICTION ..........................................................................................76

VIII.  ATTACHED EXHIBITS ..............................................................................79

IX.   CONCLUSION .............................................................................................80

X.   CERTIFICATE OF SERVICE .........................................................................85

**I.**                                    <u>**COVER LETTER**</u>

### Cover Letter – Explanation of Filing Incomplete Lawsuit

January 15, 2025

To Whom It May Concern:

1.      This cover letter accompanies my Federal Lawsuit to provide an explanation for why this filing is incomplete, yet necessary. The continuous crimes against me have forced me into circumstances where finalizing my case is impossible, while providing notification to Joseph Biden, the current President of The United States of America, who trafficked me to Manzanillo, Mexico in 2003, and who appears in video with my underage daughter, before her murder, which occurred a few years prior to the recent 2019 Jeffrey Epstein news. Filing at this juncture is essential to establish a record before additional irreparable harm occurs, including, but not limited to, continued obstruction of this lawsuit, the unlawful theft of my home to aid in trafficking me, along with more recent threats to my life.

2.      My case arises from more than two decades of crimes committed by the United States Government, directly perpetrated against me and my underage daughter by Jeffrey Epstein and his accomplices. Overwhelming proof establishes that my daughter and I are the specific victims who are being covered up by the Jeffrey Epstein and DC Madam news, as I was trafficked to Jeffrey Epstein by the DC Madam. This fact is supported by overwhelming evidence, including their identical evasions through fabricated suicides, which have caused me and my daughter to continue to be trafficked without accountability and abused by people associated with Jeffrey Epstein and the DC Madam trafficking ring, which is one in the same, that is operated run by Federal Officials of the United States Government who are actively obstructing this lawsuit from finalization.

3.     The people responsible for trafficking me and my daughter include, but are not limited to, Joseph Auletta, a contractor for the Central Intelligence Agency employed under the United States Air Force; Edward Norris, formerly of the New York and Baltimore City Police; Kyle Dustin Foggo, former CIA Executive Director; and District Attorney Johnathan Luna, who was allegedly murdered one year after driving me to Jeffrey Epstein for the DC Madam. The people to whom I was trafficked through the Jeffrey Epstein and DC Madam sex trafficking operation include, but are not limited to, the two most recent Presidents of the United States, Donald John Trump and Joseph Robinette Biden Junior.

4.     The ongoing cover up of Jeffrey Epstein's ring, run by people within the United States Government, is part of an extensive conspiracy that includes my daughter's murder, my false imprisonment, defamation, attempts to seize my property through fraud, evidence tampering, and obstruction of justice, including deliberate delays of this lawsuit for eight years. I have been subjected to stalking, surveillance, and direct harassment. Despite the scale of these crimes, I am dedication to ensuring the truth is known, and have compiled documentation and evidence that proves the malicious intent of people in the crimes against me and my daughter, as victims of Jeffrey Epstein and the DC Madam.

5.     I have publicly exposed the people I was trafficked to, including, but not limited to, Bill Gates, Mark Zuckerberg, Jeff Bezos, Elon Musk, John McCain, Hunter Biden, Stephen Miller, Jeff Sessions, Alec Baldwin, Donald Trump, Jeffrey Epstein, Joseph Biden, Vladimir Putin, Joseph Allbritton, Harvey Weinstein, Julian Assange and Edward Snowden, all of whom have public personas. I was also trafficked to nearly a thousand other, lesser known but equally influential people. While the general public remains unaware of these facts are true and I continue to face serious danger as efforts are made to suppress these truths.

6.    This current version of my lawsuit, provides only a small fraction of the proof I possess as a result of deliberate obstruction by the contractor for the CIA, Joseph Auletta, who caused intentional delays through financial control and abuse. I continue to pursue this lawsuit despite extreme acts of obstruction and suppression by Joseph Auletta and others recruited with financial incentives to aid Jeffrey Epstein's trafficking ring and prevent me from obtaining justice. It is imperative that this lawsuit be filed now to preserve the record and protect the integrity of my testimony before further crimes are perpetrated against me to prevent the preservation of any evidence.

7.    I also seek a temporary restraining order, herein called TRO, to halt the real estate fraud actively being perpetrated against me, which is obstructing this lawsuit and preventing the disclosure of facts related to my and my daughter's sex trafficking by United States officials, as well as the facts surrounding my daughter's murder, actions which, if allowed to continue, will cause me irreversible harm. Two current TRO drafts are incomplete due to the magnitude of offenses against me in the past five years after I publicly testified on the internet that I was trafficked to Jeffrey Epstein by the DC Madam. This Court has jurisdiction to provide a TRO against the State of Virginia, Accomack County, and Chincoteague Bay Trails End Association, notwithstanding these entities refuse to give me documentation of legal records. Exhibit AA shows the association's pattern of ignoring my emails since April 2024, which elicited only one response in the past few days, while they are aware I am preparing this lawsuit.

8.    This lawsuit has cost me immense time, energy, and harm. Joseph Auletta has financially abused me to obstruct this lawsuit since April 2024. Over the past eight years, Joseph Auletta paid more than $300K for all my ongoing expenses, including housing, food, and bills, but abruptly stopped when I began drafting this lawsuit. In July 2024, Joseph Auletta caused

what should have been a 7-day trip from Oregon to Virginia to take 2.5 months by orchestrating the unlawful freezing of my bank account using the Wi-Fi at an Airbnb where he coerced me to stay, paying $10K. Joseph Auletta continues this financial abuse and has aided in cutting off my water in my home, while also threatening my life by cutting off utilities, endangering my life.

9.    The extraordinary circumstances surrounding this case demand serious investigation and the respect due to me and my daughter as victims of the United States Government's sex trafficking who are actively being suppressed by the news regarding Jeffrey Epstein and the DC Madam, which, to reiterate, are one and the same trafficking ring run by United States Officials.

10.    I am devoted to supplementing this lawsuit with supporting proof for every statement made. The fact that I am forced to file this lawsuit independently, despite verified facts and continued threats to my life, demonstrates the urgency and validity of the facts to which I testify. These extraordinary hardships, including constant intimidation and unlawful actions aimed at silencing me, display the reality of the systemic corruption I am confronting. The direct opposition shown in both current and historical contexts establishes a known pattern of systemic abuse and suppression.


Respectfully,

jessica leigh collins

## II.                    COMPLAINT AND DEMAND FOR JURY TRIAL

### A.                              Opening Statement

This lawsuit against The United States of America addresses its sex trafficking and racketeering in conspiracy with Jeffrey Epstein and high ranking Officials for The United States of America who trafficked jessica leigh collins, and her daughter, aisha kathleen zughbieh-collins to Officials. Aisha's Palestinian-American ethnicity and her underage trafficking through Jeffrey Epstein was used in the 2024 Palestine massacres. The 2017 murder of aisha conceals people within The Government for The United States of America using blackmail from sex trafficking to generate profits through war.

### B.                                 Introduction

11.    I, the woman called jessica leigh collins, living in severe duress due to the actions of the people detailed herein, bring this lawsuit in demand of a jury trial against The United States of America for the crimes of sex trafficking and racketeering by Jeffrey Epstein with people working for The United States of America against me and my daughter, aisha kathleen zughbieh-collins, herein called aisha.

### Victims of Jeffrey Epstein

12.

13.    My daughter, aisha and I, are the specific victims of the man called Jeffrey Edward Epstein, herein Jeffrey Epstein, concealed by people disseminating false news, and creating fraudulent lawsuits to cover up the sex trafficking perpetrated against us. The concealment of me and my daughter hides that our trafficking to Senior Officials through Jeffrey Epstein was an operation of people within Federal agencies, State law enforcement, and other sectors of The Government for The United States of America, herein also United States or U.S.

### Sex Trafficked by Joseph Biden

14.    In approximately 2003, the man called Joseph Robinette Biden Junior, herein Joseph

Biden, the current President of The United States of America, sex trafficked me to Manzanillo,

Mexico. Video of my daughter with Joseph Biden between the ages of ten to twelve years old has

appeared on the internet. This video combined with an overwhelming abundance of material

facts, including, but not limited to, aisha's premeditated murder in 2017 prior to the Jeffrey

Epstein news in 2019, shows that my underaged daughter was sex trafficked for the blackmail

used in the 2024 Palestinian massacres. Aisha's ethnicity as a Palestinian American and our sex

trafficking through Jeffrey Epstein's Central Intelligence Agency operation known for blackmail

proffering through war substantiates these as facts. In addition are the obvious facts of the two

decades long cover up that becomes clear when the truth of my testimony is exposed.

### Sex Trafficking Run by U.S. Officials

15.    The Jeffrey Epstein news is a cover up of my daughter aisha's murder and the sex

trafficking operation we suffered due to Federal Officials for the United States. The exclusion of

me and aisha from news and trials conceals that Jeffrey Epstein's sex trafficking is an operation

of people within the United States Government. The defamation and extreme amount of

racketeering perpetrated against me after sharing these facts with the public cause my pursuit of

justice exceedingly difficult and life threatening. The sex trafficking of me and my daughter by

United States Officials and her murder are the reason for the concealment of us as victims.

### Sex Trafficking Through the DC Madam

16.    The initial concealment of me and my daughter as victims of Jeffrey Epstein's sex

trafficking was falsified under the pretense of the woman known as the DC Madam, who was

called Deborah Jeane Palfrey in news. The DC Madam aided the false narrative to conceal the

sex trafficking operation of people in the United States Government, including, but not limited to, the Central Intelligence Agency and State Police. This falsification was perpetrated in conspiracy of felonies with people acting as Judges and Attorneys for the United States. Edward Thomas Norris, the man herein called Ed Norris, a former Officer with the New York, Baltimore City, and Maryland State Police, was indicted for his financial aid to the sex trafficking crimes of the DC Madam, which were directly connected to Jeffrey Epstein. Likewise, the man called Kyle Dustin Foggo, the former Executive Director of the Central Intelligence Agency, who reportedly aided the DC Madam operation, was indicted for his related crimes, along with the Congressman, Duke Cunningham who accepted bribes for related war profiteering in Iraq and Afghanistan.

## Media Concealing Government Sex Trafficking

17.    People who own Corporate media continue to profit from concealing that my daughter and I are the sex trafficked victims of Jeffrey Epstein and the DC Madam who are being covered up because we show that people in The Government are who sex trafficking women, and (children) their sons, and, or daughters using fraud, force, and coercion of Law Enforcement Officers, Military, Federal Agents, Politicians, Attorneys, and other people within the criminal Corporate Enterprise of the United States.

## Joseph Auletta Trafficking Control

18.    A man called Joseph Francis Auletta, herein Joseph Auletta, of the United States Air Force and contractor for the Central Intelligence Agency, has maintained coerced control over me since approximately 2003. Joseph Auletta has conspired to traffic me and my daughter with Jeffrey Epstein, and the DC Madam while working for the Federal Government. Joseph Auletta used fraud, force, and coercion to traffic me and my daughter, to silence me, and cause the

murder of my daughter to silence her. Joseph Auletta's direct coercion includes, but is not limited to, providing ongoing shelter since 2012, denying me escape, defamation, financial abuse, and withholding material facts.

## Joseph Auletta's Coercion

19.    Joseph Auletta continues his coercion now through the theft of my home by fraud in conspiracy with people in corrupt courts of Accomack County, Virginia, and Chincoteague Bay Trails End Association to commit a felonies with the intent of forcing me into homelessness and sex trafficking. Beginning with the drafting of this lawsuit, which was delayed until April 2024, Joseph Auletta has cut off the funding he has provided for food, gas, and other necessities since 2017, intended to obstruct my lawsuit and cause my demise. Due to the extensive nature of Joseph Auletta's crimes, which span over twenty years, and his direct involvement in the current overt attacks to obstruct this lawsuit, a separate, comprehensive, and detailed report on his crimes shall be filed as supplementary material at a later date, to accompany this document.

## Murder to Conceal Government Sex Trafficking

20.    The extensive violations of my guaranteed rights in the Constitution for the United States of America, documented in this lawsuit, have caused the complete destruction of my life, and the murder of my daughter to hide us as victims of Jeffrey Epstein, the DC Madam, and Officials in The Government operating a high level sex trafficking ring. The trafficking, racketeering, defamation, and the suppression of truth by people working for the U.S. has caused me serious irreversible harm. This lawsuit documents the crimes of the people who perpetrated the concealment of me and my daughters trafficking, her murder, obstruction, and racketeering without accountability.

## Escalating Abuses

21.    After publicly exposing that I was sex trafficked to Jeffrey Epstein by the DC Madam, aided by people within The Government, I have suffered extreme abuses that have escalated without end. These crimes against me establish a distinct pattern of The Government's sex trafficking and racketeering by fraud, force and coercion of United States Officials acting without due process and against the law of the land. These crimes now include, but are not limited to, the theft of my home through fraud, silencing by one year in solitary confinement, with all charges dismissed after a final trial was held without me by defamation in an unproven declaration of insanity. These crimes also include the poisoning of my dog, and the recent infiltration and shut down of my bank accounts, which remained in good standing without failure since 2007 and 2017.

### Government Corruption Pattern

22.    These irreparable crimes have been carried out without fear of accountability or reprisal, while being obvious, overt, and well documented. The lack of fear of punishment while perpetrating these heinous acts has increasingly proven a complete anti-Constitutional corruption within The Government. The ruthlessness of the abuse is identical to the methods used by the Nazi party and its Stasi Police, under an authoritarian regime, with escalating harms, that have increased with the drafting of this lawsuit to now include advanced threats to my life.

### Financial Benefits of Cover Up

23.    The cover up of the crimes perpetrated against me and my daughter financially benefit the people who trafficked us, along with people they recruit, who are violating Constitutional, racketeering, and trafficking laws. These crimes include bribery, evidence tampering, witness intimidation, defamation, harassment, stalking, obstruction of justice, real estate fraud, and property damage, while depriving me of restitution and suppressing the truth and my freedom of

speech.

## Pattern of Retirements, Promotions, and Financial Gain

24.     A recurring pattern of retirements, shut downs, promotions, and sudden financial gain among people in direct association with me or my daughter are too numerous to ignore, and show benefits derived from the cover up of the crimes against me and her. These crimes, too extensive to be included in this initial document, shall be detailed in supplementary material, as they exist over an eight year period.

## Lawsuit Against the United States

25.     This action is brought against the United States of America as a whole because the crimes against me and my daughter are a result of systemic and interconnected actions, deliberate omissions, and policies carried out by people, first and foremost, acting under the Federal Government. This lawsuit also encompasses people acting for State, County, City, and Local Governments, including business and real estate owners, whose actions aid the crimes of the Federal Government to conceal the sex trafficking of me and my daughter.

## Distinction of People

26.     My daughter's name and and my name jessica leigh collins and aisha kathleen zughbieh-collins are written in all lowercase letters to show our status as natural, living people distinct from any legal or corporate entity. This distinction emphasizes our standing as people whose inherent rights have been violated and the pursuit of justice that is rooted in the fundamental guarantees of the Constitution for the United States of America.

27.     I, jessica leigh collins, bring this Complaint against Defendant, the United States of America. Having detailed the basis for this lawsuit, I now provide information regarding the parties, jurisdiction, and venue stating as follows:

**C.**                                           **Statement of Facts**

I, jessica leigh collins testify that my following statements are true to my knowledge. Missing details and proof are due to malicious omissions, stolen and actively withheld documentation by people within the Government for the United States of America, State, County, or City authorities, or private citizens who have taken bribes and profited from the trafficking of me and my daughter, and the subsequent concealment of these crimes. The information and exhibits contained herein are in no way the extent of proof that substantiates the sex trafficking of my daughter and me, however due to ongoing racketeering against me these are provided to begin to establish proof of these crimes:

**a)**                              **Sex Trafficking to Influential People**

28.     My daughter, aisha kathleen zughbieh-collins, and I are the victims of Jeffrey Epstein who are being concealed by the related false news and fraudulent lawsuits to hide our sex trafficking to Senior Officials that was perpetrated by people within Federal Government, Police Departments, and Public Offices. The following exhibits substantiates this testimony:

(a)     **Exhibit A** shows screenshots of my daughter aisha, aged ten to twelve in a video with Joseph Biden. Also shown are photos of aisha within the same frame of time, after she lived in Tamarac, Florida, within an hour of Jeffrey Epstein and Donald Trump's real estate for one year without me. The likelihood of this video being authentic, or in part authentic, is substantial, given that both aisha and I are victims of the woman called the DC Madam and Jeffrey Epstein, and I was specifically trafficked to Joseph and Hunter Biden. Photos of the video were sent to me by an Army veteran called Arin Marcus on Jun 13, 2022. Whether the video that shows my underage daughter is entirely authentic or partly authentic and partly fabricated, the existence of the video shows attempts to conceal the truth surrounding the sex

trafficking of me and my daughter.

(b)    **Exhibit B** is the transcript of my public testimony where I testified that I was trafficked to Jeffrey Epstein by the DC Madam. I also explained the involvement of Ed Norris, the Superintendent of the Maryland State Police, and Assistant United States Attorney Jonathan Luna who sex trafficked me to Jeffrey Epstein. This was posted on September 3, 2019, via Facebook. I mistakenly identified Andrew Windsor who was actually Donald Trump as explained in Exhibit Z, therefore Andrew's name has been redacted.

(c)    **Exhibit C** is Joseph Auletta's affidavit, verifying my connection to the DC Madam. Joseph falsely uses the word worked to hide that he sex trafficked me and aisha. Joseph's falsification of facts shows his efforts to obscure the truth and his complicity in sex trafficking us.

(d)    **Exhibit D** shows a Twitter post where I explained the location of Barceló Karmina Hotel at Avenida Vista Hermosa 13, Fracc Peninsula de Santiago, Manzanillo, Mexico, where Joseph Biden trafficked me for three days in approximately 2003 through Jeffrey Epstein and the DC Madam's ring. Also shown are Tweets from September and October of 2019, detailing Joseph Biden's trafficking of me.

(e)    **Exhibit E** shows an excerpt from an affidavit written by Joseph Auletta, which until now, was not entered into court record. In this affidavit, Joseph confirms I was trafficked to Senior Government Officials, despite his refusal to tell the truth about his sex trafficking of me and my underage daughter.

(f)    **Exhibit F** is a text message to Joseph Auletta confronting him with the Maryland Sex Trafficking Statue 11-303 regarding him trafficking me, and his non-denial response that substantiates my testimony that he indeed did traffic me.

(g)    **Exhibit G** is a message from Joseph Auletta in which he admits to working for the Central Intelligence Agency. The added note explains Joseph's choice of words used to hide his work with the CIA which invalidates his credibility while establishing his connection to the CIA as an absolute fact.

(h)    **Exhibit H** is an excerpt from a Wayne Madsen Report showing that at least one CIA agent was hired to limit damages in the Palfrey case. Wayne Madsen refers to Deborah Palfrey as the Washington Madam, who was also known as the DC Madam.

(i)    **Exhibit I** contains excerpts from a Wayne Madsen Report confirming the involvement of Police Officer, Edward Norris in the crimes of the DC Madam, whose operation was called Pamela Martin. The report also explains that ABC News created false stories to downplay the importance of the DC Madam story, and explains Gladys Kessler banning the releasing the DC Madam phone records, as well as the related criminal conspiracy, and malfeasance within the Justice Department and Postal Inspection Service. While Wayne Madsen exposes some of the truth, he fails to expose the facts of sex trafficking, and the connection between Jeffrey Epstein, the DC Madam, and Johnathan Luna in their crimes perpetrated against me and my daughter.

(j)    **Exhibit J** is an excerpt from a Wayne Madsen Report showing that the DC Madam operation was run in with aid of Kyle Dustin Foggo of the CIA, also called Dusty. The report explains the involvement of Kyle Foggo in the European network that ensnared politicians and businessmen for later purposes of blackmail, who aided Deborah Palfrey in the creation of her operation, Pamela Martin & Associates.

b)                    **Evasion, Concealment, & Defamation**

29.    The alleged suicides of the DC Madam and Jeffrey Epstein show a pattern of evasion

and concealment of the sex trafficking crimes against me and my daughter aisha. This pattern includes deliberate concealment of us as victims in media and Government actions that facilitated our perpetrators' evasion, and benefit of our perpetrators financially while defaming us.

30.    This evasion through alleged suicides, defamation, and concealment of us as victims is also present in the murder of aisha. The concealment of us as victims of Jeffrey Epstein, the DC Madam, the shut down of Alphabay and the Good Shepherd Catholic Charities facility, in addition to the alleged suicide or murder of Jonathan Luna, the United States Attorney who trafficked me to Jeffrey Epstein, show a pattern of illicit conspiracy by people in the media and Government to suppress the crimes perpetrated against me and my daughter. The following exhibits show the facts of this pattern:

(k)    **Exhibit K** shows snippets from articles on the alleged suicides of the DC Madam and Jeffrey Epstein, which were alluded to be murder, and not believed by the public, that show the DC Madam and Jeffrey Epstein's actual evasion from justice.

(l)    **Exhibit L** shows a snippet from a Department of Justice article on the shut down of Alphabay, where the drugs used to murder aisha were purchased. The Federal Bureau of Investigation hid aisha's name but provided other names. The Federal Bureau of Investigation also hid the fact that I provided Portland Oregon Police the name of Alphabay on February 16, 2017, which was the information used to shut down Alphabay and profit people with the Federal Bureau of Investigation over twenty four million dollars in asset seizures. People within the Federal Bureau of Investigation concealed our sex trafficking, and refused to investigate the Russian man called Robert Anthony Boroja, who abducted aisha when she was seventeen years old, attempted to traffic her, and who preemptively feigned amnesia

while witnessing aisha's murder.

(m)    **Exhibit M** shows a snippet from a Department of Justice article on the shut down of Alphabay and the alleged suicide of the man called Alexandre Cazes, who supposedly owned Alphabay, that allegedly occurred in a Thailand jail, which matches the pattern of evasion by suicide within a Government facility witnessed with Jeffrey Epstein.

(n)    **Exhibit N** is a snippet from a CBS News article showing the alleged suicide of the man called Theodore Khleborod who was from Moldova, formally Russia, that allegedly occurred in a South Carolina jail, which matches the pattern of evasion by suicide in a Government facility witnessed in the cases of Jeffrey Epstein and Alexandre Cazes. Theodore was studying to be a medical doctor and trafficked the drugs used to murder aisha through Alphabay.

### Covering Up Alphabay Information

(o)    **Exhibit O** shows snippets from a Willamette Week article by Nigel Jaquiss, who covers up the known fact that I gave the Portland Police the name of Alphabay on February 16, 2017 and shows he attributes false credit to the Police. Nigel's investigation ran concurrent to the Federal Bureau of Investigation, showing he acted as an accomplice by covering up the facts of aisha's murder, and thereby aided the concealment of the fact that aisha and I are victims of Jeffrey Epstein and the DC Madam. A few facts of Nigel's fraud are added as notes on the exhibit, however Nigel's rampant defamation, falsifications, and corrupt omissions within the article require a thorough explanation that is not possible in the current time frame, but shall be provided to this court and to the public at a later date as soon as possible.

### False Claims Impact Federal Investigation

(p)    **Exhibit P** shows snippets from a Willamette Week article where Nigel Jaquiss's falsifies that aisha injected herself and caused her own death, acting to influence a Federal Investigation. Nigel was informed by me that Police and Medical Examiners never investigated whether aisha injected herself despite my repeated insistent demands. Nigel falsely portrays himself in a positive light, after defaming me and perpetrating fraud in our case. Nigel continues the pattern of falsification through word manipulation witnessed in Joseph Auletta's admissions and later used by Virginia Officials in persistent defamation of me. Nigel's articles caused overwhelming trauma and therefore the articles were not read again until now while preparing this second draft of my Federal lawsuit.

### Good Shepherd Shut Down

(q)    **Exhibit Q** shows the Baltimore Sun article, provided in its entirety to preserve the record, as multiple undocumented changes were made to it on the internet without correct timestamps. The article reports the permanent closure of the Good Shepherd Catholic Charities facility, which was shut down specifically to conceal the rape, assault, and abuse of aisha that took place there. Due to aisha's rape she was forced to climb a tree and demand to see me for over an hour. One of the assaults, that was not sexual, landed aisha in an emergency room suffering a head concussion. Aisha ran away after people at Good Shepherd and aisha's family refused to stop the abuse. The Baltimore Sun article about the permanent shut down of Good Shepherd was published on the day of aisha's murder, according to officials. Aisha was excluded from subsequent lawsuits against Good Shepherd as a part of the cover up that paid perpetrators to conceal the abuse aisha and I suffered. This pattern of paying our perpetrators to conceal the sex trafficking and abuse of me and aisha is present in the Jeffery Epstein, DC Madam, Alphabay and Good Shepherd cases.

### Good Shepherd Lawsuit Excluding Aisha

(r)     **Exhibit R** is the lawsuit against Good Shepherd Catholic Charities facility where

aisha was raped, assaulted and abused that excluded aisha and me as a part of the cover up

that paid perpetrators to conceal the abuse aisha and I suffered.

### Real Estate Transaction Good Shepherd Shutdown

(s)     **Exhibit S** shows the real estate transaction connected to the shut down of the Good

Shepherd Catholic Charities facility in Halethorpe, Maryland, a suburb of Baltimore.

### Emails from Alleged Good Shepherd Victim

(t)     **Exhibit T** are emails from a woman claiming to be the mother of a victim of the

abuse at the Good Shepherd Catholic Charities facility. It is likely to be discovered that the

woman alleging to be a victim who uses the names, that she is the mother of the 200 pound

girl who assaulted aisha, who was approximately 70 pounds, and caused aisha to be taken to

an emergency room with a head concussion. The woman calling herself both Charmaine and

Khlevlan Brown using the email address eshabells1978@gmail.com, stayed in contact with

me from approximately March  14, 2018 to June 8, 2024. The exhibit shows two of her

emails. The first is her informing me of the Good Shepherd shut down, and the second is her

last email to me showing her involvement of the lawsuit against Good Shepherd where

Charmaine or Khlevlan Brown advises me to file a separate lawsuit from the class action,

with her admission that aisha and I are victims of the abuse at Good Shepherd. The attached

pdf file is a copy of the class action lawsuit.

### Ignored Email to Attorneys Against Good Shepherd

(u)     **Exhibit U** is the email I sent to the attorneys represented the alleged victims of the

Good Shepherd facility, that was ignored by the attorneys. It is overwhelmingly likely due to

the pattern of me and aisha's perpetrators being paid to cover up the crime against us, that the

alleged victims were patients at the same time as aisha who witnessed and, or participated in

the numerous assaults of aisha from the years 2013 to 2016 when aisha was forced into this

facility after she began using drugs to cope with the abuse of being taken from her home with

me by our family.

### Johnathan Luna Connection to Jeffrey Epstein

(v)    **Exhibit V** shows article snippets from a Wayne Madsen Report on the unsolved

murder or suicide of Assistant United States Attorney, Johnathan Luna, who is the man who

drive me to Jeffrey Epstein at the Pooks Hill Marriott located at 5151 Pooks Hill Road,

Bethesda, Maryland, USA, 20814, in approximately October 2002. While Wayne does not

divulge that Johnathan Luna was a part of Jeffrey Epstein and the DC Madam's sex

trafficking crimes, he makes the connections between Johnathan Luna, Ed Norris a New

York, Baltimore City and Maryland State Police Officer, and the DC Madam known. Wayne

reports that the Washington Post and Washington Times reported Johnathan Luna's death as a

suicide, and that Federal authorities leaned toward suicide, while local investigators treated

the death as a homicide, despite Johnathan's alleged death involving 36 stab wounds,

showing the pattern of debated alleged suicides and murders, identical to the DC Madam and

Jeffrey Epstein, while I know these are not deaths of my perpetrators, but evasion from

justice.

c)                          **Motive for Cover Up**

### Samuel Perkins Trafficking 2004 - 2005

31.    In approximately 2005, while fleeing the sex trafficking of Jeffrey Epstein's ring that

was maintained by Yale graduate and attorney Samuel Perkins of the law firm Steptoe & Johnson

LLC in Washington, D.C., I visited the woman called Gloria Allred's law office in Beverly Hills California and reported Jeffrey Epstein's ring. Gloria Allred denied me representation, stating that I was a liability. Within approximately one year, the woman I knew as Julia, who was called the DC Madam in news, and her accomplices, Jeffrey Epstein, and Kyle Foggo of the Central Intelligence Agency, were investigated and indicted for associated crimes, but their direct crimes against me and my daughter remained concealed, and the sex trafficking against us continued. It's also important to note that the 2024 Central Intelligence Agency Director, William Joseph Burns met in 2014 with Jeffrey Epstein at Steptoe & Johnson's office in Washington D.C.

### Gloria Allred 2005 Denial of Representation

32.    Due to Gloria Allred refusing to represent me in 2005, I continued to be trafficked for two subsequent decades. Gloria Allred allegedly representing Jeffrey Epstein victims is a part of the cover up and payment to the perpetrators of me and my daughter, who are the sex trafficked victims being concealed to hide the connections of Jeffrey Epstein to attorneys, Federal agents, and the United States' racketeering enterprise as a whole.  The following exhibits and statements support the motive and involuntary nature of our sex trafficking through people acting under the authority of the United States.

(w)    **Exhibit W** shows my Twitter posts from September 4 to December 18, 2019, explaining my visit to Gloria Allred's office in Beverly Hills California, where I was denied representation in 2005.

### Uncontested Testimony

33.    The motivation for the sex trafficking against me and my daughter is monetary. The individuals to whom I was trafficked, whom I have publicly named, include, but are not limited to, Joseph Biden, the current President of the United States; Jeffrey Epstein, the notorious sex

trafficker; John McCain, the former Arizona Senator; Stephen Miller, the former Senior Advisor

to Donald Trump; Alec Baldwin, the actor; Julian Assange, the alleged whistleblower and

founder of WikiLeaks; Edward Snowden, the agent for the Central Intelligence and National

Security Agency; Simon Marks, the former British Broadcasting Corporation (BBC) reporter;

Joseph Allbritton, the founder of Allbritton Communications, the predecessor to Politico; Hunter

Biden, the son of Joseph Biden; Vladimir Putin, the current President of Russia; Harvey

Weinstein, the cofounder of Miramax; Jefferson Sessions, the former Senator of Alabama; Mark

Zuckerberg, the cofounder of Facebook, now Meta Platforms; Bill Gates, the cofounder of

Microsoft; Jeff Bezos, the founder of Amazon; Sam Kubba, the architect and author who ran for

Virginia Congress; and David Vitter, the former Louisiana Senator. None of these people I was

trafficked to have denied that my testimony is true.

### Coerced Misidentification of Donald Trump Crimes

34.    I initially mistook Donald Trump for Andrew Windsor, also called Edwards, due to

threats to my life and media coercion; However, I am certain that Donald Trump is the man who

drugged and raped me with Jeffrey Epstein. I explain in Exhibit Z how I was coerced into

naming Andrew Windsor instead of Donald Trump to cover up the crimes against me and my

daughter, and I provide some of the supporting evidence.

(x)    **Exhibit X** shows Twitter posts from November 4, 2019 and April 29, 2020 where I

share some of the people I was trafficked to, while some people I have not disclosed, due to

continued crimes against me.

(y)    **Exhibit Y** shows snippets from news articles on 10,000 DC Madam clients and 1,000

Jeffrey Epstein's clients concealed both Judges for The United States of America.

(z)    **Exhibit Z** is an analysis of the initial mistake I made regarding Donald Trump being

mistaken for Andrew Windsor, occurring due to threats and coercion. In addition, it includes supporting material facts to show the related concealment.

**III.**                                    <u>**CAUSE OF ACTION**</u>

**1)**                        **VIOLATIONS OF THE CONSTITUTION**
                          **FOR THE UNITED STATES OF AMERICA**

35.    I am suing The United States of America because Federal Officials trafficked me and my daughter, caused her death, and violated our rights and the protections guaranteed in The Constitution for The United States of America. Federal officials violated my and my daughter aisha's rights, including protections against sex slavery and cruel punishment, our rights to autonomy, free speech, due process, equal protection, and ownership of our lives and property.

36.    These rights are guaranteed in the First, Fourth, Fifth, Eighth, Ninth, Tenth, Thirteenth, and Fourteenth Amendments. They are also upheld by Federal laws, including,

   (a) 18 U.S.C. § 2381, Treason;

   (b) 22 U.S.C. §§ 7101 et seq., Trafficking Victims Protection Act;

   (c) 18 U.S.C. § 1962, Racketeering and Organized Criminal Enterprises;

   (d) 18 U.S.C. § 1581, Involuntary Servitude;

   (e) 18 U.S.C. § 1595, Civil Remedy for Victims of Trafficking;

   (f) 18 U.S.C. § 1591, Sex Trafficking of Minors and Adults;

   (g) 42 U.S.C. § 1983, Deprivation of Rights Under Color of Law;

   (h) 42 § 1985, Conspiracy to Interfere with Civil Rights;

   (i) 41 § 1986, Neglect to Prevent Conspiracy;

   (j) 18 U.S.C. §§ 241, 242, Prohibitions of Constitutional Rights Violations by Officials.

37.    The First Amendment guarantees my right to petition The Government for redress of grievances, ensuring no law can take away this right.

38.    The Seventh Amendment guarantees the right to a jury trial in civil cases involving more than twenty dollars.

**A.**                        **COUNT ONE: TREASON**

**War Against the People**

39.     Treason, as defined in Article III, Section 3 of The United States Constitution, is

levying war against the United States or adhering to their enemies, giving them aid and comfort.

This does not protect The Government but guarantees the sovereignty and rights of the people.

Government Officials have perpetrated acts of hostility, subversion, and betrayal against me and

my daughter who are people of the United States, thus waging war against us.

**Government Treason and Constitutional Betrayal**

40.     The trafficking of me and my daughter by Federal Officials constitutes treason. The

facilitation, perpetuation, and cover up of the trafficking crimes by Federal Officials are acts of

betrayal and violate our guaranteed rights in The Constitution for the United States of America.

By using their positions inside Government to exploit, silence, and harm us, The Government

itself has levied war against us. The scope of the cover up includes the murder of my daughter,

falsified deaths, and obstruction of justice, that shows the serious nature of the offense to deceive

the public and shield people in Government who perpetrated these heinous acts from

accountability.

**Sex Trafficking, Public Trust, and Constitutional Violations**

41.     The sex trafficking of me and my daughter is not only a crime against us, it is a betrayal

against the public. It undermines public safety, erodes trust, and perpetuates harm that affects

everyone. Officials entrusted with power operated sex and drug trafficking networks, thereby

waging war against the people, using their positions to violate people's rights for the financial

gain of a few. The extent of the deception in these crimes, including the manipulation of public

perception, the silencing of us as victims, and the protection of perpetrators, shows the systemic

nature of this treason, which affects my guaranteed Constitutional rights to freedom and justice.

## Factual Basis

42.    The factual basis for treason by The United States of America against me and my daughter arises from twenty years of sex trafficking by Federal Officials. The Federal Officials who sex trafficked me and my daughter, and aided in her murder, have continued a cover up in conspiracy, funding widespread suppression of the truth, depriving me of my freedom, and obstructing this lawsuit through the abuse of Federal authority.

### Evasion by Fabricated Suicides

43.    Treason by Federal Officials includes the false reporting of the people's deaths who sex trafficked me and my daughter, trafficked drugs used in my daughter's murder, and gave them aid and comfort, while waging war on us. These falsified deaths include,

(1) The DC Madam,

(2) Jeffrey Epstein,

(3) Brandy Britton, who allegedly died of suicide alongside the DC Madam, whom I met at Terrell Gravely's apartment when he worked for the DC Madam,

(4) Theodore Kheborord, a Moldovan Alphabay trafficker indicted for the drugs used to kill my daughter and who was studying to be a Doctor in the U.S.,

(5) Alexandre Cases, the alleged owner of Alphabay, the largest illicit trafficking market where the drugs were purchased,

(6) Robert Anthony Boroja, the Russian man who witnessed my daughter's murder while allegedly suffering from amnesia,

(7) Terrell Lee Gravely Junior, who abducted me for the DC Madam in 2002 after I was trafficked to Jeffrey Epstein, who raped my daughter when she was about nine years old, and

(8) Jonathan Luna, the District Attorney who transported me in sex trafficking to Jeffrey

Epstein and Donald Trump in 2002 through the DC Madam.

## Drug and Sex Trafficking by Federal Officials

44.    These falsified deaths show the deceitful effort of Federal Officials and people in the

media to aid our perpetrators in evasion from accountability and suppress facts of the systemic

criminal activity within The Government. Federal agents covered up not only our sex trafficking,

but also their own distribution of drugs, and in doing so, show their involvement in hundreds of

thousands of Americans deaths, at the highest levels of authority.

## Evasion with Federal Aid

45.    The exploitation of Federal resources to traffic American people, especially women

and children, is a direct attack on the rights and safety of the people. This is not merely a

violation of people's rights, it is war on justice, dignity, and security. These betrayals harm

victims like me and my daughter, destroy people's trust people in The Government, and violate

the guarantees in the Constitution meant for every American. This operation, which combined

sex trafficking, drug distribution, and a cover up by people in power, causes ongoing harm and

weakens the America.

46.    Federal Officials acting with Police, Central Intelligence Agency, and District

Attorney's office perpetrated and covered up these crimes. Exhibits I, J, and V establish the sex

trafficking conspiracy by Federal Officials.

## Federal Officials Cover Up Their Trafficking

47.    This cover up continues to deprive me and my daughter of justice, while perpetrating

additional crimes against me, including the fraudulent theft of my home to prevent me from

documenting these facts. For the past eight years, they have used various tactics to interfere with

my pursuit of justice, which began in February 2017 and has not stopped. These tactics include

the use of informants to distract, mislead, and create confusion; false imprisonment; and

damaging my property to impose fake fines and liens. All of this is designed to keep me occupied

with problems they have created and to stop me from seeking justice.

### DC Madam Living

48.    Additional evidence, including my direct contact with the woman known as the DC

Madam as recently as 2024, further establishes that these deaths were staged. Further details will

be provided later. This document is an initial step in entering the record t before further crimes

are committed to prevent the presentation of my testimony, which is essential to resolving this

case.

### U.S. Citizenship for Traffickers

49.    As part of their cover up, Federal Officials expedited the granting of U.S. Citizenship

to either Theodore Khleborod, Anna Barrero, or both, who trafficked the drugs used in my

daughter's murder. This occurred just three days after her murder. Federal Customs and

Immigration agents have refused to release citizenship records for Theodore Khleborod and

Anna Barrero, citing privacy as the reason. Anna Barrero's Instagram account at the time,

included photographs with captions showing her and Theodore Khleborod celebrating their new

citizenship on February 18. Aisha, my daughter was murdered on February 15 and discovered on

February 16, 2017.

50.    Federal Officials granting U.S. Citizenship to Foreign Nationals after drug trafficking

investigations began and refusing to provide records, shows aid and comfort to traffickers, and a

betrayal of me and my daughter, which is treason.

### False Imprisonment for Silence and Defamation

51.     Treason is further shown in the unfair and implausible criminal court sentencing between me, Ghislaine Maxwell, an associate of Jeffrey Epstein, and Anna Barrero, the Colombian drug trafficker. This treason is also evident in the media fraud that shows mockery of me, identical to the staged deaths of the people who trafficked me and my daughter.

### Foreign Drug Traffickers Leniency

52.     Anna Barrero, a trafficker on Alphabay, was found guilty of at least nine deaths, with the actual number likely higher. She was sentenced to a minimum security prison, the same one as Martha Stewart, nicknamed Camp Cupcake, where she has privileges like wearing her own clothes and freely walking around the campus like facility.

### COVID-19 Emergency After False Arrest

53.     On September 3, 2019, I publicly shared my testimony about being trafficked to Jeffrey Epstein by the DC Madam. 4.5 months later, on January 20, 2019, I was falsely arrested in a provable setup under false charges. Ten days later, on January 30, 2019, the COVID-19 emergency was declared. Comparing my false arrest to Ghislaine Maxwell, and Anna Barrero shows the agenda to suppress the truth I tell, and displays treason from within The Government.

### Trial Without Witnesses and Evidence Deletion

54.     After COVID-19 was declared, my trial was held without public witnesses. Despite proving my innocence during an eight-hour trial, I was still convicted. My recording device was confiscated, and seven hours of my defense were deleted before the device was returned to my family. I spent nearly a year in solitary confinement before all charges were dropped. A final trial, held without my knowledge or presence, falsely deemed me incompetent, violating due process. Official documents from the judge and two attorneys used a misspelling of my name to falsely claim I was present in the courtroom. When I sued them, their response did not deny these

facts but instead claimed immunity from prosecution, even when acting corruptly and with

malice. One attorney falsely argued that there was no cause for action to sue.

### My False Imprisonment Cruelty

55.    During my false imprisonment from May 2020 to April 2021, I suffered inhumane

conditions:

(a) Cells infested with cockroaches.

(b) Forced to remain naked for days.

(c) Made to sleep on floors with blood and feces.

(d) Held in a basement cell too small to stretch my body.

(e) Witnessed two murders involving Sheriff's deputies.

(f) Housed with violent medicated people without justification.

(g) Watched by male and female guards while showering while handcuffed.

(h) Kept indoors, allowed outside only six or seven times in last month.

(i) Padlocked inside a shower room multiple times.

When I returned home, I found my property had been damaged, and this damage is now being

used to press false liens against my house, threatening to make me homeless, in a case, where

again, trials are being held without due process, and no one will provide me with any records.

### Unlikelihood of Cockroaches

56.    Comparing my nearly one year of solitary confinement, despite all charges being

dropped, to Anna Barrero's sentencing for causing numerous deaths reveals a clear injustice. The

United States has protected and supported those responsible for harming me and my daughter

while targeting me with unjust treatment, effectively waging a war against me. Similarly,

Ghislaine Maxwell, a woman with significant international connections, allegedly faced

imprisonment in harsh conditions with cockroaches. In contrast, Anna Barrero, a relatively unknown Colombian drug trafficker, was sent to a minimum-security facility nicknamed "Camp Cupcake." This glaring disparity highlights the blatant fraud and mockery directed at me.

## Mockery in False Media

57.    My experiences, which are mocked in the media, show the level of crimes perpetrated against me and my daughter. This mockery is part of the humiliation, intimidation and psychological abuse I suffer from my perpetrators, because my daughter and I are the actual victims behind the Jeffrey Epstein and DC Madam ring, which are one in the same. Both cover ups are staged deaths to avoid accountability, showing the same mockery. The wealthy and influential people I was trafficked to continue to benefit from these treasonous crimes, having destroyed my daughter's life and mine to hide their abuse, which was carried out through the United States Government.

## United States Culpability

58.    These are only a few examples of the deliberate torment inflicted upon me by people working to protect the United States from being held accountable for its crimes of trafficking me and my daughter. The effort to block my pursuit of justice, prevent accountability for my perpetrators, and strip me of my rights through false imprisonment, and fabricated news stories, is proof of treason by the United States.

## Treason of Presidents

59.    Despite widespread cover ups, third party facts confirm that my daughter and I are victims in three major cases, the DC Madam, Alphabay, and Good Shepherd, with United States Government's involvement throughout. The impossible coincidence of being victims of all three cases shows that we are being hidden in the larger case of Jeffrey Epstein, Joesph Biden, and

Donald Trump. The Government covering up the truth about my daughter and me, for Presidents and their friends, constitutes a clear act of treason against its own people.

### Sex Trafficking Treason

60.    The cases that suppress us with fabricated deaths of our perpetrators show how profits are made through sex traffic blackmail, funding war to buy drugs that are trafficked by United States Officials, with the media and courts paid to cover it all up. Altogether, my case proves that the Federal Government of the United States is committing treason by sex trafficking people against their will and providing drugs to kill them, using force of a standing army, also known as the Police. This is why the United States has giving aid to people who harmed me and my daughter, while waging war against me for exposing the truth.

### Murder Profits Police by Fraud

61.    Another act of treason that can be proven is suppression of the fact that I provided the Portland, Oregon Police the name of Alphabay on February 16, 2017. This information was falsely attributed to the Police and used to seize over twenty four million dollars in assets from Alexander Cazes.

### Murder for War Profits

62.    Federal Officials in the United States used my daughter for blackmail to leverage actions in Palestine in 2024. The act of murdering my daughter to cover up the blackmail obtained through Jeffrey Epstein's ring, which was run by Federal Officials, is another clear example of treason that can be proven.

### Ongoing Treason

63.    As this lawsuit progresses, additional documentation will reveal further acts of treason committed against me and my daughter. These efforts to obstruct the lawsuit have been ongoing

since 2017.

## Treason by U.S. Officials

64.    The crimes perpetrated against me and my daughter are acts of treason and constitute a deliberate betrayal of the guarantees and prohibitions in The Constitution. The Federal Officials and people aiding their crimes, have used falsifications, fabrications, false imprisonment, bribes, and mockery, among other tactics of war to suppress and abuse me to protect me and my daughter's perpetrators. These people have force me to live as prisoner of war, with my health, freedom, and life being stolen for profit against the law of this land.

## U.S. Criminal Enterprise Hostage

65.    These actions are part of an organized criminal enterprise within the United States Government carried out by Federal Officials, as documented by my testimony connecting Jeffrey Epstein and the DC Madam cases. The United States Government's ongoing suppression through bribes and disinformation obstructs any remedy, proving treason, and holds me hostage as a prisoner of war within hostile U.S. territory.

## Sex Trafficking Treason

66.    The United States of America's treason by Federal Officials who sex trafficked me and my daughter, caused her murder, and have current attempts on my life to silence me, show why the media and courts have suppressed the truth of this lawsuit, and why people are bribed to harass me, steal and damage my property, and violate my rights. Federal Officials have violated their oath to uphold The Constitution for the United States of America and have perpetuated grave injustices against me and my daughter, that not only affect me, but the American people in the United States, as this criminal conduct continues to be covered up. This lawsuit proves the crimes by people acting on behalf of the United States sex trafficking me my daughter meet the

Constitutional definition of treason.

**B.          FIRST AMENDMENT: FREEDOM OF SPEECH VIOLATIONS**

### U.S. Government Suppression of Free Speech

67.    The U.S. Government, through manipulation and direct action, has worked with private corporations such as Twitter, which is now called X, YouTube, and TikTok, to unlawfully suppress my First Amendment rights. By using these private platforms to censor, shadow-ban, and terminate my accounts, The Government has circumvented The Constitution, preventing me from exposing the crimes perpetrated against me and my daughter.

### Government and Corporations

68.    These actions have been intentional and coordinated, with people in the U.S. Government utilizing its influence over these companies to suppress my speech and block the dissemination of important information. These corporations are owned by people who participated in sex trafficking crimes against me, including Mark Zuckerberg. This collaboration between The Government entities and private corporations has violated my freedom of speech, and violated my right to free speech guaranteed in The Constitution.

### U.S. Government Coordination with Private Corporations

69.    By manipulating private corporations, the U.S. Government has outsourced its censorship and speech suppression efforts to these entities, thus bypassing Constitutional guarantees meant to protect free speech. Under the State Action Doctrine, the U.S. Government cannot delegate its obligation to The Constitution to private entities, especially when these actions restrict the free flow of information and hinder the public's right to know the truth.

### Social Media Suppression and Harm

70.    This suppression of my voice from social media has led to the termination of accounts

at pivotal times when I was gaining traction with in the public. My Twitter account was suspended for one month immediately after I first spoke out. My YouTube account, with an unknown number of followers and views, was terminated while I was in solitary confinement. My TikTok account, which was set to gain hundreds of thousands of followers, was also terminated, preventing me from building a support network. These actions took place during moments when public awareness was imperative to my freedom and my ability to expose Government involvement in my sex trafficking and its misconduct.

### Impact on Freedom of Speech and Redress

71.        The suppression of my speech through these social media platforms has had devastating consequences, resulting in the loss of millions of supporters and important public awareness at times when it was most indispensable. These actions, caused with the intent to isolate me and suppress the truth, constitute a deliberate violation of my First Amendment rights. The harm caused by this suppression includes, but is not limited to, continued defamation of my character, and obstruction from gaining needed support to survive and disseminate the truth of my circumstances, enabling worsening circumstances.

### Corporate Complicity

72.        Despite the private status of these Corporations, their actions, executed under the direction and influence of the U.S. Government, have resulted in a clear breach of my guaranteed Constitutional right to freedom of speech. These Corporations are not immune from penalties and accountability for violating The Constitution for The United States of America when acting as agents of Government suppression.

### Aggravated Criminal Act

73.        The suppression of my voice is a aggravated criminal act in violation of the First

Amendment for exposing the crimes of people within the Federal U.S. Government, primarily the sex trafficking of innocent women, along with their sons and daughters to prominent people for political gain and power. This retaliation has been executed through a corrupt campaign of speech suppression, and dissemination of false supported by fraudulent court cases.

**Peoples Right to Truth**

74.    The scale of the crimes to suppress my speech, the harm caused, not just to me but the general public, and the involvement of Government entities proves a mass scale assault on the peoples right to free speech and truth. This is an effort intimidating and discouraging further disclosure of the truth. The Government's role in enabling this suppression exhibits the a pattern of systemic abuse and control over my ability to speak out and obtain justice.

**Fabricated Victim Accomplices Defamation Aids**

75.    Jeffrey Epstein's accomplices who acted as a fabricated victims in media and engaged in defamation against me, exacerbated the harm caused by the suppression of my speech. This includes the perpetrator Maria Farmer, featured in ABC News. These combined aggravated assaults worked together to cause maximum damage within perceived legal limits, though such limits are inapplicable as the harm inflicted is criminal. This combined suppression of my speech, and defamation against me by media's alleged victims not only violates my Constitutional rights, but also impacts the public by extinguishing the truth. The result is universal harm, depriving the public of the truth and perpetuating a continuing injustice to over fifty million[1] sex trafficked victims, based on statistics provided by the United Nations. The

---

[1] United Nations Office on Drugs and Crime. (2024). *Global report on trafficking in persons 2024*. United Nations Office on Drugs and Crime. https://www.unodc.org/unodc/en/frontpage/ 2024/December/launch-of-the-global-report-on-trafficking-in-persons-2024.html (Accessed January 14, 2025).

suppression of my testimony is overpowering because I irrefutably establish the undeniable truth that the U.S. Government is perpetrating the sex trafficking of its people.

### Suppression of Free Speech by Private Contract

76.    In summary, the U.S. Government, through its unity with private corporations, has engaged in an unlawful campaign to suppress my speech, violating my First Amendment rights, thereby obstructing justice, isolating me, and causing tremendous harm, not only to me, but millions of raped trafficked victims worldwide, while allowing the defamatory harm of Jeffrey Epstein's accomplices to exponentially aid damages against me. The manipulation of these platforms to silence me constitutes a breach of my Constitutional rights, and the people who perpetrated these crimes must be held accountable to the truth for the true amount of harm they have caused.

### C.    FOURTH AMENDMENT: UNLAWFUL SEIZURE OF PROPERTY

### Pattern of Theft by Government & Accomplices

77.    In approximately 2003, people within The Government's sex trafficking operation began intentionally stealing my property and records that prove, beyond a shadow of doubt, that my testimony is true. They have also used increasingly advanced technology to access my digital records. The following is a list of some, but not all, of the items and approximate years when my property was stolen or digital infiltration occurred. The years are approximate, as I am once again restricted in movement and access to my records:

### Targeted Data Theft and Tampering

(a)    In 2002, when I called the police on Terrell Lee Gravely Junior, herein Terrell Gravely, who abducted me, for the DC Madam for the last two weeks of my sophomore year at The Catholic University of America, in an apartment she paid for, the Officer who

responded was Ed Norris. Ed Norris allowed Terrell Gravely to remain inside my apartment and download a keylogger onto my computer. I was by Terrell Gravely, many years later when he fooled me into believing that he would help me escape being trafficked that he had in fact downloaded this keylogger. At the time, keyloggers used not widely used and were primarily employed in targeted attacks in Corporate Espionage and Government Intelligence Agencies.

(b)    Circa 2003, a file cabinet containing my bank and phone records was stolen by movers. Among the stolen documents was Joseph Biden's $2,300 wire transfer receipt from his payment for sex trafficking me to Manzanillo, Mexico.

**Theft by Terrell Gravely**

(c)    Circa 2008-2009, the original advertisement placed by the DC Madam in the Washington City Paper, which disguised sex trafficking and I answering unknowingly. I had saved it for almost ten years as evidenced because no matter how hard I tried to escape there was never a way or any help. My books and architectural drawings from Anne Arundel Community College and Catholic University as well as all of me and my families baby pictures, even mine that my mother has painstakingly saved and scrapped booked for the first year of my life, and video of me brining my babies into the world, and thousands of other photographs of my family, our childhoods for the past decade. This property was stolen by Terrell Gravely, the man who abducted me for the DC Madam in 2002.

**Theft of Digital Devices From My Home**

(d)    Circa 2013, all of my digital devise were stolen from my home.

**Digital Interference During FBI Report**

(e)    Circa June 2019, when I first contacted the FBI to report being trafficked to Jeffrey

Epstein by the DC Madam, I was referred to a South District New York Police Officer, called Walter Hawkins. During the call, my computer's audio and video recorder kept shutting itself off, despite having previously operated for hours in the past without failure. This also occurred during my first conversation with reporter Edward Szall from TruNews.

### Theft of Videotaped Interview by TruNews

(f)     On September 18, 2019, Edward Szall along with Rick and Susan Wiles, the owners of TruNews broadcast, stole the 2.5 videotaped interview of me recorded on September 17, 2019.

### Destruction of Memoir, Lawsuit, and Financial Records

(g)     Circa June 2024, the memoir I spent months writing, working ten to twelve hours a day, spanning over 120 pages, along with the first 120 page version of this lawsuit was infiltrated. along with bank accounts. My memoir and the lawsuit were both each reduced to approximately 80 pages. At the same time, my bank accounts infiltrated were frozen after I reported the fraud to Wells Fargo and Capital One. This occurred through the WiFi of an Airbnb where the man who has trafficked me in direct contact, coerced me into staying. His behavior has since shifted from covert, subtle abuse to overt hostility.

### Recent Attacks on Records

(h)     From November 2024 to present, my computers and external hard drives, including a a six terabyte disk drive, where I saved all the files that had not been previously tampered with offline, have been infiltrated even without active internet connections. Among the missing data after I discovered the breech, were thousands of photos, screenshots, proofs, and research files, that were stored in four to five digital libraries containing around 60,000 photos each, which been accessed and deleted. Although some files remain in my Apple

iCloud storage, anything of importance has been removed, following a repeated pattern. The people perpetrating these digital crimes are not acting alone, as evidenced by the specific nature of the items taken throughout these incidents. These include, but are not limited to, files on Ed Norris and Joseph Auletta, who both work directly and indirectly for the Federal Government. Many of these files, like other critical photos, were needed at pivotal times and were deleted, reappearing partially after they were gone, but not in their entirety, leaving the full extent of what had existed unknown.

### Theft and Withholding of Records by Officials

78.     In 2020, when I was first arrested under false charges 4.5 months after speaking out, the COVID-19 Emergency was declared ten days later, resulting in my trial being held behind closed doors without any public witnesses, Accomack County Police arrested me after the eight-hour trial where I was proven innocent. They confiscated my recording device, which had recorded the entire trial, and deleted the entirety of my seven-hour defense, before returning it to my family. The one hour that remained was the prosecutor's argument, which was 40 minutes of him playing the video of the arrest, where I emphatically proclaimed that I was being falsely arrested, had not assaulted anyone, and had not driven. This deliberate act of erasing proof and leaving behind a remnant as a form of mockery is a recurring pattern of my perpetrators.

### Real Estate and Sex Trafficking

79.     Repeated infiltration into my records, and withheld records by Public Officials in Office are an ongoing pattern that has persisted for over twenty years. Recently, lien information is being withheld by both County Officials and Joseph Auletta since April 2024 when I've asked to see these documents, exposing the conspiracy to force me into homelessness. Joseph Auletta's refusal to send $150 to gain access to the information, despite having paid for continuous

housing since 2012 while trafficking me and now after my daughter's murder, purchasing the property for over $30,000, covering all of its maintenance, offering to pay for new tires, and purportedly, though not actually, fixing the water damages approved by the homeowners association, along with his direct deposit of hundreds of thousands of dollars over the past eight years, demonstrates his malicious conspiracy in real estate fraud with people in the Government of Accomack County and the Chincoteague Bay Trails End Association, who are provably guilty of massive, life altering felony conspiracies against me over the past five years. who each are provably guilt of massive life altering felony conspiracies against in the past five years.

### Refusal to Provide Proof of Perjury by Accomack Officials

80.    Accomack officials have likewise refused to give proof within their possession, including but not limited to proof showing that I was not present at the trial held in my absence, where the attornies I sued signed a declaration of insanity stating I was at the trial thereby committing perjury.

### Pattern of Cover Ups

81.    These examples show a relentless pattern of withholding records that expose the crimes committed against me and my daughter that persists in Jeffrey Epstein, the DC Madam, Alphabay, and Good Shepherd's cases. This pattern of cover ups shows the reason why this lawsuit is only partially complete. The volume of crimes committed against me, which extend back two decades and have worsened significantly over the past eight years, and have created circumstances in which no one, especially me being deliberately isolated, could possibly document these crimes sufficiently while they continue to occur.

### Deliberate Omission and Seizure of Truth

82.    This pattern extends to the deliberate omission of me and my daughter from cases

where we are victims of Jeffrey Epstein, the DC Madam, Good Shepherd Catholic Charities, and Alphabay and constitute seizure of our rightful property, which is the truth of these matters. The theft and management of the truth is a valuable enterprise, surpassing all other forms of economic advantage, through profits made from war, false news, and court cases that suppress proof and shield perpetrators.

## Theft, Suppression, and False Imprisonment

83.     Federal officials and people working under State and County jurisdictions have falsified facts, withheld records, and stolen from me and my daughter to profit from covering up with false imprisonment, real estate fraud, suppression, and theft to hide the truth that we are victims of these Jeffrey, Epstein, Jospeh Biden and Donald Trump through the Government itself, among numerous other people who have abuse us as slaves. People at the federal and state levels have worked together to harm me and hide the crimes they committed against me by taking my rightful property. These actions have blocked me from gathering proof, stopped me from keeping a full record of the crimes, and made sure these crimes stay hidden from the public and scrutiny.

## Unlawful Search and Seizure of Digital Property

84.     For the past 20 years, I have repeatedly been denied the ability to safely store and protect my property. First, I was denied compensation for being trafficked by the DC Madam, while people in The Government and their accomplices took, hid, and tampered with my records, blocking my ability to expose the truth and stop the crime against me. The theft wasn't just of physical items but also included my digital records, communications, and private documents, all of which were taken and altered to stop me from speaking out in my own legal matters, which would otherwise provide clear evidence of the sex trafficking, racketeering, and corruption still

being carried out against me and my daughter.

## Alteration and Hacking of Legal Documents

85.      Jospeh Auletta, as a Federal Officials, has stayed in contact with me to control and hide the truth about the sex trafficking of me and my daughter by him, Jeffrey Epstein, the DC Madam, and other people involved in these crimes. In October 2023, he forced me to stay at an Airbnb, where the original 120 page draft of this lawsuit was altered and reduced to about 80 pages through access to my computer via the WiFi. This interference also attacked my memoir, which I had worked on daily for months, dedicating 10 to 12 hours a day to complete. My memoir, originally around 120 pages, was also reduced to roughly 80 pages. Additionally, my bank account was infiltrated and shut down, causing a 2.5 month delay in finalizing this lawsuit prior to Jospeh Biden leaving Office. This delay caused by the intentional forced reliance on Joseph Auletta for money to travel back across the country, as this District Court for the District of Columbia denied me access to establish the record through electronic means. More recently, since returning to Virginia in November 2024, a vast amount of my records have been removed and altered again, continuing the pattern of interference during critical times to obstruct this lawsuit, all while every waking hour of my life is devoted to this case and documenting these crimes.

## U.S. Government Suppression of Evidence

86.      The U.S. Government, in unison with paid accomplices and people in private corporations, has infiltrated my private accounts, including social media, email, financial records, and remote digital storage, without due process or consent. This unlawful search and seizure has deprived me of my Constitutional right to privacy and security in my own communications and records. These actions of Government Officials through people employed

as accomplices and private corporations have tampered with, deleted, and falsified my records, that would otherwise present prima facie evidence of the sex trafficking, racketeering, and corruption that continue to be perpetrated against me

### Filed Altered Lawsuit to Preserve Integrity

87.    I have diligently documented these changes and, to ensure transparency, I submitted the altered version of the lawsuit, reflecting these manipulations, to the District of Columbia District Court on July 26, 2024. This action was taken to ensure that the record reflects the ongoing efforts to discredit me and tamper with the integrity of my legal proceedings.

### Digital Surveillance and Obstruction of Justice

88.    Beyond the theft and alteration of records, I have been subjected to continuous digital surveillance and interference. This surveillance has included the unauthorized monitoring of my communications and the tampering with my property and records. Such measures have interfered with my ability to seek legal counsel, communicate with witnesses, and collect the necessary evidence to support my claims. The Government's collaboration with private entities has created a situation where my right to privacy has been systematically violated and where any attempt to gather evidence is met with obstruction.

### Fourth Amendment Conclusion

89.    The unlawful seizure of my property, including the infiltration of my digital accounts, the alteration of my memoir and this lawsuit's first draft in approximately June 2024, fraudulent theft of my home, property damages by people recruited to aid crimes against me, and the theft of my paper records by accomplices of Jeffrey Epstein and the DC Madam's ring for over twenty years, shows the violation of my Fourth Amendment rights. These actions, are not isolated incidents but part of a systemic pattern of theft and interference aimed at obstructing justice,

silencing me, and preventing me from exposing the truth. This ongoing violation of my Constitutional rights has inflicted immeasurable harm, making it impossible to fully pursue justice and redress for the grave injustices I have endured.

**D.**          **FIFTH AMENDMENT: VIOLATION OF DUE PROCESS**

### Deprivation of Due Process

90.  The United States Government has violated my Fifth Amendment right to due process through intentional omissions that obstructed my ability to seek justice, exercise my rights, and have a fair trials. These violations have occurred not only in the past but continue to this day in an overt pattern to deny due process.

### Suppression of Critical Evidence

91.  The Government has suppressed proof that substantiates my testimony of sex trafficking and racketeering by Jeffrey Epstein and his accomplices. By concealing documents, tampering with records, and altering digital communications, they have attempted to ensure that proof of the crimes committed against me, and my daughter, remain hidden. This suppression is a deliberate effort to prevent the truth from emerging, thereby obstructing my right to seek redress and hold the people responsible accountable.

### False Imprisonment and Unlawful Manipulation

92.      I have been subjected to false imprisonment, often under fraudulent and criminal conspiracies by people within The United States Government. During critical times when I attempted to pursue justice, I was confined under false pretenses, including being unjustly declared incompetent by an attorney hired by Joseph Auletta. These actions are part of an effort to discredit me and strip me of my legal capacity to challenge the abuses I endured. The court proceedings tied to my case, including those involving the DC Madam, Ed Norris, and Kyle

Foggo, were manipulated to suppress my voice, obstruct due process, and prevent me from presenting evidence in court.

93.    More recently, the home purchased for me by Jospeh Auletta the man who trafficked me and my daughter, shut down all online meetings. This pattern of denying me due process shows the extent of efforts used to silence me about my trafficking. The shut down preventing online hearings, made it impossible for me to participate in proceedings that attempt to steal my home. This occurred the month before fines were applied for damages caused by other people, further compounding the injustice and making it unsafe for me to attend court proceedings, as I was and continue to be stalked and harassed within my own community. The complete shut down of online access denied me an opportunity to challenge these fines and attend hearings crucial to my case.

## Federal Control Over State and Local Authorities

94.    This denial of due process is present in every experience with Courts of The United States, and the States and Counties under its authority. Regardless of a lack of recognition by The Government, it is a fact that the States and local authorities operate under the Federal control of The United States of America, which directly impacts my ability to receive a fair and impartial hearing, as guaranteed by the Constitution. This systemic failure to uphold due process infringes upon my fundamental rights.

## Court Case Manipulation and Retaliation

95.    My right to participate in these legal proceedings have been thwarted by people acting in systemic corruption to suppress my ability to speak. My experience with the DC Madam, which was perpetrated by Jeffrey Epstein, Donald Trump, Ed Norris, Kyle Foggo, and Joseph Auletta, were concealed by media manipulation and judicial fraud. These cover ups have been

part of a concerted effort to prevent my case from being heard and to silence me through fraud, and the concealment of proof.

96.     Additionally, the Courts have failed to ensure that I receive fair treatment in ongoing cases. The denial of my due process rights extends beyond just the suppression of evidence; it includes judicial actions designed to obstruct my ability to challenge and confront the lies that have been perpetuated about me. This includes actions that are intended to ensure my continued isolation, prevent me from obtaining justice, and protect people who have been perpetrated the crimes against me.

### Ongoing Efforts to Isolate and Discredit Me

97.     The Government's continued efforts to isolate me from justice extend to the broader community, where I have faced constant surveillance and harassment. I am being stalked, threatened, and silenced in my own home, where even my attempts to seek help have been obstructed. The denial of due process has extended to my ability to safely attend legal hearings, participate in meetings, and address violations against me in a fair and open manner.

98.     The suppression of my speech, the refusal to allow me to participate in legal proceedings, and the deliberate isolation from resources necessary to present my case are all violations of my guaranteed right to due process under the Fifth Amendment. The actions of The Government, private corporations, and judicial entities working in together in a criminal conspiracy have created an environment where my ability to seek redress for the sex trafficking and abuse I have endured has been systematically obstructed.

### Denial of the Truth: Trafficking, Media Cover Ups, and Judicial Complicity:

99.     At the core of this denial of due process is The Government's suppression of the truth of me and my daughter's sex trafficking and the role that people, including Jeffrey Epstein, the

DC Madam, Donald Trump, Joseph Biden, and Joseph Auletta (who controls me for them), play in the abuse. The media has been complicit in the cover up, misreporting facts and distorting the truth to protect powerful people I was trafficked to. My daughter and I were trafficked and exploited by people in positions of power, yet The Government and media have denied the truth in order to maintain the narrative that shields people responsible for these crimes.

100.    These systemic abuses of power, from the courts to the media, have deprived me of the ability to seek justice for the crimes committed against me and my daughter. They have ensured that I remain voiceless, isolated, and unable to expose the full extent of the sex trafficking, manipulation, and abuse that I have endured.

101.    The current criminal conspiracy involving Joseph Auletta, and people within the Chincoteague Bay Trail End Association, herein CBTEA, and local Officials within Accomack County, to steal my home and force me back into sex trafficking, shows the seriousness of the violations of due process. The consistent refusal of CBTEA and Accomack County Officials to provide information on lien proves a deliberate concealment and fraud to manipulate financial transactions. This intentional withholding of information obstructs my ability to exercise my rights, including the right to challenge wrongful actions affecting my home and land. The continued failure to respond to repeated inquiries demonstrates a systematic disregard for my rights, further hindering my ability to seek justice through lawful means.

102.    In continuation of Chincoteague Bay Trail End Association (CBTEA) efforts to cover up the theft of my home through the denial of due process, they have removed me and my posts from social media and community platforms. The refusal of people in management to address the criminal activities involving Joseph Auletta, especially his role in sex trafficking me and my daughter, and his manipulation. of my living circumstances in CBTEA, showing a deliberate

effort to prevent the truth from being exposed.

103.    By blocking my ability to communicate and subjecting me to continued harassment and coercion, CBTEA is obstructing my due process rights. This violates my right to freedom of speech and my right to seek justice, file this lawsuit, and places my life in danger, as a part of identical racketeering and sex trafficking crimes I have endured for over twenty years. CBTEA's persistent violation of my guaranteed rights in The Constitution are part of the criminal conspiracy to deny me due process, and continue forced sex trafficking.

**Conclusion**

104.    The Government's actions, including the suppression of proof, false imprisonment, the manipulation of court cases, and the obstruction of my lawsuit, are violations of my Fifth Amendment rights. These violations are designed to silence me and protect the people responsible for the sex trafficking and cover ups that have plagued my life. These efforts to deny me due process have not only prevented me from obtaining justice but have subjected me to extreme amounts of further harm. This ongoing pattern of abuse must be recognized, addressed, and rectified to restore my right to due process and allow me to seek redress for the atrocities committed against me.

### E.  EIGHTH AMENDMENT VIOLATION: CRUEL AND UNUSUAL PUNISHMENT

**Extreme Torture and Abuse**

105.    The abuse I have suffered by The Government, and people who aided its sex trafficking of myself and my daughter constitutes a violation of my Eighth Amendment rights. Over a span of more than eight years, I have endured a level of torture that is unprecedented and cruel. This abuse has been systematic and deliberate to silence, isolate, and preventing me from seeking justice.

### Physical, Emotional, and Psychological Abuse

106.    The torture I have endured is not limited to physical abuse but extends to emotional and psychological manipulation, intended to break me down and prevent me from speaking out. I have been subjected to, false imprisonment with nearly a year in solitary confinement, cut off from the outside world, with no opportunity to defend myself or present my case. This prolonged isolation, under false pretenses, has been designed to suppress my voice and prevent me from exposing the truth about my sex trafficking and the people who perpetrated these crimes.

### Mockery and Dehumanization

107.    Throughout this I have been mocked by people in positions of assumed authority, including District Attorneys, who have ignored the truth and allowed this abuse to continue. Their failure to take action has contributed to the ongoing suffering and humiliation perpetrated against me. I have been denied vital support services, including representation, restitution, and the opportunity to escape the people within Government's organizations that sex trafficked me and my daughter. This has left me caused continued exploitation and abuse.

### Suppression of Truth and Freedom of Speech

108.    My fundamental rights to freedom of speech and the ability to expose the truth have been systematically suppressed. These acts of censorship have extended to seizure of property and evidence that substantiates my testimony, including photographs of my daughter, property, records, and other materials, has been stolen, altered, or withheld by officials. This theft, executed under fraudulent means by The Government and corporate entities, has been part of a concerted effort to cover up the crimes committed against me. Defamation and false information about me has been deliberately spread, further isolating me and discrediting my efforts to speak out. This includes people in media profiting from the lies told about me, with the people who

perpetrated the sex trafficking to benefit from the cover up. These people, including certain attorneys, real estate owners, judges, and other people with vested interests, have defamed me in an attempt to diminish my credibility while concealing the truth. Ongoing harassment and surveillance has been continuously used to monitor and control me by people, including Joseph Auletta, who have exerted power over my life. I have suffered constant threats, stalking, and manipulation, intentionally isolating me and preventing me from gaining refuge and assistance. This ongoing harassment has created an environment where my safety, dignity, and rights are violated nonstop.

### Corruption, Bribery, and Collusion

109.    The abuse I have suffered includes a network of people who have perpetuated these crimes against me for two decades for years, including Government Officials, corporations, news outlets, and people who are bribed to act as accomplices. These actions, motivated by money and control, have suppressed the truth, manipulating a false public narrative, and ensuring that I remain isolated and powerless. Bribes and incentives have been provided to people who are perpetrating this abuse using financial incentives, bribes, and coercion to aid the conspiracy to silence me. These actions have contributed to the defamation against me as well as isolation from support and redress. Media manipulation and false reporting by news outlets has spread false information, including fabricated reports about my case that have contributed to the public's wrong impression of the truth. These media manipulations, driven by financial gain, have caused the defamation and isolation that I face.

### Impact of Public Exposure

110.    My public exposure of the sex trafficking perpetrated against me, has exacerbated the abuse I suffer. Since I publicly spoke out about being trafficked to Jeffrey Epstein by the DC

Madam, the efforts to silence me have grown exponentially. My attempts to expose the fraud in media and The Government perpetrating these crimes, has caused relentless defamation and threats. The manipulation of public opinion and media are an attempt to discredit my testimony, with financial interests driving the ongoing abuse.

### The Ongoing Pattern of Abuse

111.    This abuse, which has continued for over eight years, has worsened in recent years since I began to write this Lawsuit. Despite my efforts to speak out and expose the truth, people within the Government for The United States of America have conspired against me, using their positions to cause my suffering. The extreme nature of this torture by endless finances of people involved has made it impossible for me to regain my freedom.

### Conclusion

112.    The actions outlined above, including false imprisonment, suppression of speech, defamation, bribery, corruption, and physical and emotional torture, constitute cruel and unusual punishment under the Eighth Amendment. These actions have been orchestrated by a network of people within organizations with vested interests in keeping the truth hidden and maintaining control over my life. The severity of the abuse I have endured for over eight years, and the ongoing torment, is unprecedented and must be recognized as a violation of my Constitutional rights. The time has come for those responsible to be held accountable, and for the truth to be exposed, so that I may finally seek justice for the crimes I have endured.

### F.    NINTH AND TENTH AMENDMENTS VIOLATIONS: OF AUTONOMY AND SOVEREIGN RIGHTS

#### Violation of Autonomy and Sovereign Rights

113.    The United States of America, through actions of people it employs as Officials, has

infringed upon my guaranteed right in the Ninth and Tenth Amendments in The Constitution for The United States of America. These violations have occurred through abuse of power causing extreme cruelty and unusual punishment without me committing a crime.

### Infringement on Personal Autonomy and Privacy

114.    The United States of America has violated my fundamental rights to autonomy. This is exemplified by the extensive and invasive interference in my private life, both through direct actions of Government Officials and its unlawful conspiracy with private corporations. By coordinating efforts to control, suppress, and manipulate my speech, as well as tampering with my property and records, The Government has encroached upon my ability to make autonomous decisions and safeguard my property and privacy. The Ninth Amendment, which ensures the protection of rights not explicitly enumerated in the Constitution, affirms that my right to privacy and control over my life as integral to my autonomy and are prohibited violates by Government actions.

### Federal Overreach and Violation of States' Rights

115.    In addition to violating my autonomy, The Government's actions have violated my rights in the Tenth Amendment, which reserves powers not granted to the Federal Government to the people. By orchestrating the suppression of my rights and seeking to prevent me from exposing criminal activities by Government misconduct, the Federal Government has unlawfully violated my established sovereignty and guaranteed rights in The Constitution for The United States of America. These violations deprive me of guaranteed rights to me, and shows a pattern of Federal control violating The Constitution in both the Ninth and Tenth Amendments.

### Governmental Manipulation of Corporations and State Autonomy

116.    The actions taken by the U.S. Government, including sex and drug trafficking and

suppression of these facts, shows an unlawful extension of Federal influence. These actions have not only violated my autonomy but have also infringed upon State sovereignty by bypassing State protections against overreach and allowing Federal intervention in areas historically protected by local laws. This coordination between The Government and private entities, such as tech companies, demonstrates the Federal Government's disregard for the limitations of its power, violating my rights and autonomy established by the Tenth Amendment.

### Interference with Rights and Protections

117.    The Government's interference in my life, including forced sex trafficking, theft of proof of these crimes, alteration and suppression of records, further violates the guaranteed protections intended by the Ninth and Tenth Amendments. Through unlawful collaboration with private corporations, the U.S. Government has infringed upon my rights to autonomy, privacy, and property. These actions prevent me from exercising my guaranteed Constitutional rights, and in doing so, violate the laws established by the Ninth and Tenth Amendments, which guarantee my liberties.

### Conclusion

118.    The systemic interference by U.S. Government Officials in my life and private matters shows a direct violation of my guaranteed right in The Constitution for The United States of America in the Ninth and Tenth Amendments. The Government's unlawful actions, including sex and drug trafficking, suppressing my speech, and tampering with my records, have deprived me of fundamental rights that are central to my autonomy. These violations of the Constitution obstruct my ability to seek justice and expose the crimes perpetrated against me and my daughter. The continued violations of my autonomy must be addressed to prevent additional harm and to restore The Constitution to which I am entitled.

### G. FOURTEENTH AMENDMENT VIOLATIONS: DENIAL OF EQUAL PROTECTION

**Involuntary Citizenship and Abuse by Government**

119.    Since being sex trafficked against my will, both my daughter and I have endured severe and inhumane abuse at the hands of people employed within the Government as Officials and their accomplices. These actions lead me to no longer consider myself a willing participant in the framework of citizenship under this Government that has allowed the abuse of me and my daughter to persist without accountability. I do not agree to the terms and conditions of citizenship under a regime that trafficked my daughter and me, seized my rights, and systematically silenced my voice in order to protect our perpetrators.

120.    The extreme abuse I have suffered, including abduction, sex trafficking, and continuous violent abuse, has been carried out with impunity by people in positions of power, including Government Officials. In The United States of America where lawlessness governs the actions of people entrusted with the protection, the very notion of citizenship becomes irrelevant.

**Denial of Equal Protection Under the Law**

121.    The Government's violation of my Fourteenth Amendment right to equal protection under the law is clear. Despite the widespread knowledge of the sex trafficking and exploitation I endured, Government Officials and other powerful people have been allowed to act with impunity. This selective enforcement of the law, where people in power are shielded from accountability, constitutes a clear breach of my Constitutional rights. The Government's actions, or lack thereof, in this case, have demonstrated that the legal system can be manipulated to protect people who exploit and harm anyone.

**Allowing officials to act with impunity**

122.    The perpetrators of my sex trafficking, including high ranking Officials, have been granted immunity from prosecution or even investigation. This has perpetuated a climate of abuse and lawlessness, where those who should be held accountable are instead protected.

### Suppressing my rights

123.    I have been systematically denied my basic rights, including the right to free speech, the right to seek justice, and the right to safety. These rights have been stripped away through judicial manipulation, threats, and the seizure of evidence, ensuring that the truth about me and my daughter's sex trafficking, and the involvement of high ranking Officials, remains hidden.

### Failing to apply the law equally

124.    Despite overwhelming evidence of my abuse, the Officials for the United States Government has failed to apply the law equally. My case has been obstructed at every turn, and every attempt to seek justice has been met with resistance, whether through the suppression of my records, false imprisonment, or the involvement of media outlets that falsify the truth.

### Involuntary Citizenship for Systemic Abuse

125.    It is important to note that the involuntary nature of citizenship under this abusive Government has been forced upon me by the very system that has failed to protect me. Citizenship is not a mutual agreement between me and any State. The Government allows its Officials to perpetrating criminal acts of sex trafficking, and I do not willingly accept citizenship under these conditions.

126.    To live under such a regime is to be complicit in the continuation of abuse and exploitation. As a result of the Government's systemic neglect and active participation in my trafficking, I cannot accept the conditions of citizenship. I cannot accept the terms of a system that strips me of my basic rights and forces me vulnerable to further harm.

## Citizenship Used to Falsify Criminal Charges

127.    I do not agree nor consent to the abuse of citizenship as it has been used to falsely fabricate criminal charges against me under the guise of an agreement to licensing. These agreements, were obtained through coercion and threats, not voluntary choice. I have never agreed to these terms, yet I have been manipulated into accepting them under duress, which has been clearly proven through my lived experiences. This practice not only violates my fundamental rights but also shows how The Government has used my supposed citizenship as a means to falsely charge me with crimes. I have been subjected to criminal charges based on my supposed agreement of citizenship, including a driver's license. These false charges were initiated under threats of force, coercion, and manipulation, turning what should be voluntary civic responsibilities into an oppressive tool used to control and abuse me. The criminal charges that have been levied against me, are unjust and based on a legal construct that was not voluntarily agreed to but rather forced upon me under duress. The undeniable truth is that The Government has used the concept of citizenship as a means to further subjugate me, criminalizing my existence and forcing me into compliance with its unjust system. This manipulation violates my autonomy and has perpetuated the cycle of injustice and abuse that I have wrongfully been subjected to.

**The Unprecedented Levels of Abuse and Suppression:**

128.    The Government's actions in my case have been far from isolated incidents of failure; they are part of a broader pattern of abuse designed to silence me and protect the people responsible. This abuse is compounded by seizure of critical evidence that substantiates my testimony of trafficking, including property and records, has been stolen, altered, and concealed to obstruct my efforts to seek justice. Media outlets have been complicit in the false portrayal of

my situation, spreading lies and misinformation that serve to protect the perpetrators and discredit my claims. The media's role in this cover up has been driven by financial gain, with influential figures profiting from the distortion of my story. I have been subjected to constant threats, surveillance, and physical intimidation, not only from the people perpetrating my sex trafficking but from the broader network of people who benefit from the exploitation and cover up of my suffering. The actions of these people have created an environment where I am systematically isolated, unable to find support, and unable to protect myself from further harm.

### The Need for Accountability and Equal Protection

129.    The denial of equal protection under the law in my case has left me with no recourse to hold my perpetrators accountable. The Government's failure to protect me, investigate the crimes committed against me, and hold those responsible for my trafficking is a gross violation of my Fourteenth Amendment rights. The very people who should be safeguarding my rights and freedoms have instead been the ones exploiting and abusing me. The systemic nature of the abuse I have endured, the ongoing cover up, and the deliberate obstruction of justice prove that the rule of law does not apply equally to all people. Those in power have shown that they can act with impunity, disregarding my Constitutional rights and subject me to unfathomable abuse. The Government's complicity in these actions, through its failure to act and its active participation in the cover up, has perpetuated this nightmare.

### Conclusion

130.    The actions of The Government and its officials in my case represent a gross violation of my Fourteenth Amendment rights to equal protection under the law. I have been denied justice, silenced, and left to suffer under a system that has failed me at every turn. The Government's failure to hold its Officials accountable, to protect my rights, and to ensure the rule

of law has resulted in continued exploitation, violence, and systemic oppression. I have been left without the protection I am owed guaranteed in the Constitution, and I seek justice for the abuse, false criminal charges, and manipulation that have been used to further exploit me using a Government that I never voluntarily agreed to serve under.

## 2)  COUNT TWO: SEX TRAFFICKING

### Introduction

130.        I bring this charge for violations of my Constitutional right under the 13th Amendment and statutory rights under the Trafficking Victims Protection Act (TVPA). The actions of individuals employed by the States Government, who engaged in the sex trafficking of me and my daughter, constitute modern-day slavery. These acts, facilitated by force, fraud, and coercion, directly violated the prohibition of slavery and involuntary servitude as guaranteed by the Constitution and federal law. The United States of America, through its agents, employees, collaborators, and high-ranking individuals, has violated federal laws prohibiting sex trafficking, specifically 18 U.S.C. § 1591. These violations include, but are not limited to, The United States of America, through its agents and collaborators, has directly facilitated, enabled, and profited from the sex trafficking of me and my underage daughter. These actions have violated our rights, subjected us to physical, emotional, and psychological harm, and have resulted in irreparable damage to our lives. I was trafficked and forced into this situation against my will. My daughter, too, was trafficked as part of this operation. This trafficking was carried out through coercion, manipulation, and the abuse of power, and it has been protected by a deliberate, systematic effort to suppress the truth.

### Legal Basis

131.    This charge is brought under, 13th Amendment of the United States Constitution, the prohibiting slavery and involuntary servitude in all forms, 18 U.S.C. § 1589, prohibition of forced labor, criminalizing obtaining labor or services through threats, force, coercion, or abuse of legal process, 18 U.S.C. § 1591, sex trafficking of children or by force, fraud, or coercion, prohibiting sex trafficking by force, fraud, or coercion or trafficking of individuals under the age of 18. Trafficking Victims Protection Act (TVPA), establishing measures to prevent, prosecute, and provide remedies for victims of trafficking and forced labor. Federal Jurisdiction is appropriate because the acts of trafficking, forced labor, and exploitation occurred across state lines and people acting as Federal agents, and violations Federal laws and Constitutional protections.

### Elements of the Violation

132.    Acts of Trafficking and Forced Labor, people employed by the U.S. Government facilitated, participated in, and benefited from the trafficking of me and my daughter. These actions were carried out using threats, coercion, fraud, and abuse of power to force compliance and suppress opposition. The people who perpetrated these sex trafficking crimes include, but are not limited to, The woman known as the DC Madam (whose death was fabricated); Donald Trump; Jeffrey Epstein (whose death was fabricated); Edward Norris; Kyle Dustin Foggo; Joseph Biden; Joseph Auletta. These individuals actively participated in or facilitated trafficking by recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing, and soliciting me and my daughter. They did this independently and in malicious conspiracy, seeking financial gain, prestige, and exploitation at our expense. They used their power to continue the trafficking while shielding themselves from accountability.

### Pattern of Exploitation

133.    Abuse of Federal resources and positions of authority by the people who abused their positions of power and Federal resources to maintain the sex trafficking operation including, recruitment and transportation, using Federal resources to recruit, entice, harbor, transport, and maintain trafficking operation: The trafficking was part of a broader criminal enterprise involving Government Officials and private entities to exploit me and my daughter for financial, and political gain. Coercion and fraud manipulating, threatened, and fraudulently coerced me and my daughter into sex trafficking, while concealing the truth. Obstruction of justice they actively suppressed critical evidence, obstructed investigations, and manipulated the law to conceal their crimes, allowing their sex trafficking to continue. The exploitation occurred over an extended period, demonstrating a systemic and ruthless effort to profit from the enslavement of me and my daughter.

### Failure to Prevent and Complicity

134.    Collusion and Conspiracy Among Government Officials and Private Entities. These people, along with Federal agents, public Officials, and people acting as private collaborators, worked together to establish and maintain Jeffrey Epstein's sex trafficking network. Their actions included, obstructing justice, they used fraud and manipulation to conceal evidence of the trafficking, ensuring their crimes went unpunished. Exploitation of power through Federal agencies and Officials not only ignored the trafficking but actively participated, obstructed justice by concealing proof and protecting perpetrators. The Government failed to intervene despite clear proof of the sex trafficking crimes perpetrated against me and my daughter.

### Physical and Emotional Harm

135.    The forced trafficking and exploitation caused irreparable physical and emotional harm to both me and my daughter. The trauma inflicted by these acts continues to affect my

ability to live freely. The trafficking resulted in economic losses, including the lost opportunities for employment and loss of property.

### Exploitation of Power

136.    The United States of America used the financial and political gains they obtained from trafficking to protect themselves from prosecution.

### Suppression of the Truth through Interdependent Fraud

137.    The United States of America and its accomplices in these sex trafficking crimes have used their collective power to suppress the truth. They leveraged their positions to, fabricate evidence, obstructed investigations, and intimidated me to suppress the truth about me and my daughter's sex trafficking. They worked together to isolate me, suppress my ability to speak out, and destroy proof of their crimes perpetrated against me and my daughter. Harm to me and my daughter As a direct result of these actions, my daughter and I have suffered the following harm, exploitation and abuse, we were subjected to prolonged periods of sexual and physical abuse. This abuse was designed to control us and serve the interests of the perpetrators. Severe psychological trauma, the manipulation, isolation, and abuse we endured caused severe emotional and psychological harm that continues to affect me. Denial of justice and accountability, the efforts of The Government and its collaborators to cover up these crimes have prevented me from receiving justice and protection under the law, allowing the trafficking to continue and protecting those responsible from being held accountable. I seek compensatory and punitive damages for the violations of my rights under the Constitution and federal law. The United States of America's actions, which facilitated, enabled, and concealed these sex trafficking operations, violated 18 U.S.C. § 1591 and related statutes. These actions warrant full accountability for the harm they caused to me and my daughter. I demand accountability for the

Government's role in enabling and perpetuating this modern day slavery.

## Conclusion

138.     The acts committed by people employed by the United States Government, in violation of the 13th Amendment and the Trafficking Victims Protection Act, constitute modern day slavery. These actions represent a grave injustice that demands immediate accountability and relief under Federal law.

3)                    **COUNT THREE: RACKETEERING**

**Count Three: Violation of the Racketeer Influenced and Corrupt Organizations Act:**

139.     The United States of America, acting through its agents, employees, collaborators, and affiliates, has engaged in an intentional, widespread, and systemic pattern of racketeering activity that violates the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. § 1962. This pattern, as detailed below, reflects a coordinated, malicious, and ongoing effort by high ranking Officials and criminal collaborators within and outside of Government to engage in trafficking, fraud, conspiracy, theft, and a concerted effort to obstruct justice. The full scope of the evidence and testimony provided herein, along with its application, further supports this legal claim and proves that the lawsuit is not only justified but essential for the protection of public interest, truth, and justice.

**Conspiracy to Commit Racketeering**

140.     The United States of America and its Officials have actively conspired to facilitate and conceal a comprehensive network of racketeering activities, including sex trafficking, fraud, money laundering, obstruction of justice, and deprivation of Constitutional rights. This conspiracy has been carried out by Government Officials, people employed as accomplices, and corrupt entities, who have worked in corrupt conspiracy to suppress critical evidence, destroy my

reputation, retaliate against me, and silence me. This extensive conspiracy has included, the manipulation and suppression of legal processes, the illegal exploitation of Federal authority to intimidate and coerce, and the deliberate concealment of criminal activities that span multiple jurisdictions. The purpose of these actions was clearly to maintain the status quo, to protect perpetrators from legal accountability, and to obstruct any meaningful investigation or redress for the harm inflicted on me and my daughter.

### Facilitating and Profiting from Illegal Enterprises

141.    The United States of America through its Officials, has knowingly facilitated and profited from the trafficking and exploitation of me and my daughter, with full knowledge of the severity and scale of these illegal activities. This involvement has included leveraging Federal resources, political connections, and influence to enable and perpetuate these crimes, thereby allowing people to exploit us for financial gain and leverage. The sex trafficking ring in which high ranking Officials, including Federal agents within The Government, who systematically orchestrated the recruitment, transportation, and coercion of me for illegal purposes. These activities were conducted in direct violation of Federal anti-trafficking laws, including but not limited to the Mann Act, the Trafficking Victims Protection Act (TVPA), and various Federal statutes that prohibit human trafficking, coercion, and exploitation. Through these enterprises, significant financial resources were diverted to people engaged in the illegal trafficking operations, while I and my daughter were left victimized and without recourse. The United States of America and its collaborators have knowingly profited from these illegal activities, reinforcing their involvement in these crimes and their intent to conceal their actions from the public.

### Acts of Bribery, Fraud, and Obstruction of Justice

142.    The racketeering of people within the Government for The United States of America

include extensive acts of bribery, fraud, and systematic obstruction of justice. These actions included the bribing of Public Officials, and other people who could have exposed the truth. Through these bribes, The United States of America was able to silence dissent, fabricate false claims, and suppress vital proof that could have led to the exposure of their illegal operations. Fraudulent records were generated to mislead investigators and authorities, including falsified financial documents, false legal filings, and fraudulent Official statements. These actions were designed to further conceal the illegal trafficking activities and discredit me. In doing so, The United States of America sought to maintain control over the illicit enterprises and prevent justice from being served. The obstruction of justice was not limited to these fraudulent activities but also included the deliberate withholding of evidence, the destruction of documents, and the manipulation of legal proceedings to prevent me from pursuing legitimate claims. This level of interference in the legal process was both strategic and systematic, orchestrated by powerful people who sought to prevent the truth from emerging.

### Theft of Property and Deprivation of Rights

143.    The United States of America and the people it employs have engaged in the unlawful theft of my property, including the destruction of my home, sabotage of my property, and the unlawful seizure of my assets through criminals activities. These thefts were orchestrated by corrupt Officials, including people who acted on behalf of the The United States of America. In addition to physical theft, the The United States of America has perpetrated financial theft by withholding the restitution owed to me for the extensive harm I have suffered since 2002. This includes financial control by known perpetrator Joseph Auletta, who has knowingly withheld necessary funds to exacerbate hardships and prevent me from defending myself and seeking justice. By depriving me of my property and financial restitution rightfully owed to me, The

United States of America has forced its control over my life, denying me the means to seek justice or escape its criminal enterprise.

## Coordinated Persecution to Maintain Control

144.    The United States of America and the people it employs have utilized sophisticated tactics to maintain control over me, causing my isolation from allies and support. This persecution has been multifaceted, including the spreading of disinformation, deliberate attempts to destroy my relationships, and the use of psychological warfare to break my spirit and prevent me from escaping. These depraved actions have been aimed at obstructing my ability to pursue justice and expose the truth. The methods employed in this psychological and economic sabotage are identical to State sponsored oppression used by Nazi regimes to suppress dissent and maintain power over people.

## Impact and Damages

145.    The United States of America's pattern of racketeering activities has caused irreparable harm to me and my daughter, including her murder, and financial theft, and the ongoing violations of my guaranteed Constitutional rights. The people employed by The United States of America who perpetrated these crimes against me and my daughter have perpetuated their cycle of abuse, and suppression, leaving me without the necessary resources to protect myself, seek redress, or escape the hostile environment that The United States of America has created. The deliberate and corrupt nature of these actions are unjustifiable, displaying violations of the Constitution of The United States of America perpetrated by its own Officials.

## Impact and Damages

146.    The people acting as Officials within The United States of America's Government criminal actions constitute pervasive violations of the Racketeer Influenced and Corrupt

Organizations (RICO) Act, 18 U.S.C. § 1962. The pattern of racketeering described in the aforementioned crimes by U.S. Officials, including fraud, bribery, theft, and obstruction of justice, demonstrates criminal activities for the benefit of The United States of America and the people it employe at expense of me and my daughter's lives. Given these ongoing and pervasive crimes by Officials in The United States of America who have caused permanent loss and harm, the conspiracy of high ranking Officials and powerful people demands urgent intervention to hold The United States of America accountable for its crimes.

**IV.**                          **COUNT FOUR: WRONGFUL DEATH**

### Introduction

147.    I charge The United States of America for the wrongful death of aisha arising from the unlawful and illegal distribution of U-47700, facilitated by the negligence and complicity of federal agencies, including the United States Postal Service (USPS) and the Federal Bureau of Investigation (FBI). The United States of America's failure to intervene directly resulted in the unlawful death of my daughter, aisha.

### Legal Basis

148.    This charge is brought under 42 U.S.C. § 1983 , Civil Action for Deprivation of Rights, for violations of the me and my daughter's guaranteed right in The Constitution for The United States of America due to the United States' deliberate failure to prevent harm. 18 U.S.C. § 1962, Racketeer Influenced and Corrupt Organizations Act, RICO, for The United States of America's participation in or facilitation of a criminal enterprise involving trafficking and the distribution of illegal drugs. Federal common law principles governing wrongful death claims, as the underlying conduct involves Federal jurisdiction due to the involvement of Federal agencies, the use of USPS for trafficking, and the multistate nature of the activities.

### Elements of Wrongful Death

149.    The United States of America's conduct, including USPS and the FBI, facilitated the illegal shipment of U-47700 and failed to act on known trafficking networks operating through platforms such as Alphabay, despite having the resources and duty to do so.

### Causation

150.    The direct result of The United States of America' failure to stop the trafficking and distribution of U-47700 was the death of my daughter, aisha.

### Damages

151.    I seeks compensation for the wrongful death of aisha, including, emotional distress resulting from her loss, financial support lost due to her untimely death.

### Impact and Damages

152.    The United States of America's conduct constitutes a clear and pervasive violation of the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. § 1962. The systemic pattern of racketeering activities described above, involving fraud, bribery, theft, and obstruction of justice, demonstrates a deliberate effort to enable and perpetuate criminal activities for the benefit of The United States of America. Given the ongoing and pervasive nature of these crimes, The United States of America's actions have caused long lasting harm effect on my ability to seek justice. The widespread conspiracy, involving high ranking Officials and powerful people, gives rise to the need for urgent intervention to hold The United States of America accountable for these heinous crimes.

### Conclusion

153.    The United States of America' negligence, deliberate indifference, and involvement in the criminal enterprise leading to the wrongful death of aisha demand accountability in

Federal law. This charge for justice for aisha exposes and addresses systemic failures and criminal activities within Federal institutions.

## V.                  COUNT FIVE: EMOTIONAL DISTRESS

### Introduction

154.    I charge The United States of America for the intentional infliction of emotional distress due to the actions of The United States of America, which include trafficking, harassment, defamation, and the coverup of crimes related to the sex trafficking of me and my daughter and her murder. The United States of America's conduct has been intended to cause and directly result in severe emotional harm to me.

### Legal Basis

155.    This charge is brought under Restatement Second of Torts, § 46 Intentional Infliction of Emotional Distress, which holds that one is liable for infliction of emotional distress if their conduct is extreme and outrageous, with the purpose or knowledge that it will cause severe emotional distress.

### Extreme and Outrageous Conduct

156.    I charge The United States of America for the intentional infliction of emotional distress due to the actions of the people working for it who aided in the sex trafficked me and my daughter, and distributed illegal substances through Federal mail systems. Further, people working for The United States of America participated in the harassment, defamation, and suppression of evidence, all designed to inflict harm on me.

### Intentional or Reckless Conduct

157.    People working for The United States of America acted with knowledge or

deliberate indifference to the emotional suffering their conduct would cause.

### Severe Emotional Distress

158.    I have suffered extreme emotional distress as a result of The United States of America's actions, including grief over my daughter's death, harassment, and the continuous obstructions to justice.

## 4)    CONSOLIDATION & ADDITIONAL CAUSES OF ACTION

160.    These claims arise from the violations detailed in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits.

### (a) Count I Violation of 18 U.S.C. § 2381 – Treason

1. This include all the details provided in the preceding sections, including all attached exhibits, as part of this Count.

2. The United States of America owed a duty of allegiance to me and my daughter.

3. The United States of America, while holding a position of public trust, provided aid and comfort to enemies of myself and my daughter by engaging in, facilitating, and covering up a systematic enterprise of sex trafficking, involuntary servitude, and other criminal acts against me and my daughter.

4. These actions constitute treason defined in Article III Section 3 Clause 1 under 18 U.S.C. § 2381 by betraying the trust placed in The Government by me and my daughter, and directly violating the Constitution, the law of the land, and international law.

5. The United States of America's acts of treason included:

    a.  Engaging with known criminal enterprises to sex traffic and exploit me and my daughter.

    b.  Using Federal resources to obstruct justice and protect perpetrators from accountability.

    c.  Directly violating Constitutional guarantees granted to me and my daughter.

6. As a direct result of these treasonous acts, me and my daughter suffered irreparable harm, including but not limited to loss of life, liberty, and security.

7. I seeks punitive damages, injunctive relief, and all other remedies available in the law.

**(b) Count II: Violation of 18 U.S.C. § 1591 – Sex Trafficking of Minors and Adults**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America knowingly recruited, enticed, harbored, transported, provided, or obtained me and my daughter for commercial sex acts, using threats of force, fraud, and coercion to cause us to engage in such acts.

3. These acts were part of a systematic enterprise involving high ranking Officials, Federal Agents, and other people as accomplices.

4. The actions of The United States of America constitute a violation of 18 U.S.C. § 1591, which prohibits sex trafficking through force, fraud, or coercion.

5. As a result of these actions, my daughter and I suffered severe physical, emotional, and financial harm.

6. I seek compensatory and punitive damages, as well as all other relief available in 18 U.S.C. § 1595, including reasonable attorney's fees.

**(c) Count III: Violation of 18 U.S.C. § 1962 – Racketeering and Organized Criminal Enterprise**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America and its conspirators engaged in a pattern of racketeering activity, including trafficking, fraud, and obstruction of justice, in violation of 18 U.S.C. § 1962.

3. The enterprise's activities directly harmed me and my daughter, perpetuating systemic abuse and exploitation.

4. I seek damages and other remedies provided in the Racketeer Influenced and Corrupt Organizations Act (RICO).

**(d) Count IV: Violation of 22 U.S.C. §§ 7101 et seq. – Trafficking Victims Protection Act (TVPA)**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America engaged in severe forms of trafficking by subjecting me and my daughter to forced labor and commercial sex acts through coercion, fraud, and abuse of power.

3. These actions violated the Trafficking Victims Protection Act, 22 U.S.C. §§ 7101 et seq.,

which prohibits trafficking and provides for civil remedies for victims.

4. I seek damages, injunctive relief, and other appropriate remedies under the TVPA.

**(e) Count V: Violation of 18 U.S.C. § 1581 – Involuntary Servitude**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America knowingly and willfully subjected me and my daughter to involuntary servitude by means of force, threats, and coercion.

3. These acts constitute a violation of 18 U.S.C. § 1581, which prohibits holding people in conditions of involuntary servitude.

4. I seek compensatory and punitive damages for the harm suffered as a result of these violations.

**(f) Count VI: Violation of 42 U.S.C. § 1983 – Deprivation of Rights Under Color of Law**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America, acting under color of law, deprived me and my daughter of constitutional rights, including the rights to due process, equal protection, and freedom from involuntary servitude.

3. These actions constitute a violation of 42 U.S.C. § 1983.

4. I seek damages, including compensatory and punitive damages, as well as injunctive relief.

**(g) Count VII: Violation of 42 U.S.C. § 1985 – Conspiracy to Interfere with Civil Rights**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America conspired to interfere with my civil rights through threats, intimidation, and obstruction of justice.

3. These actions constitute a violation of 42 U.S.C. § 1985.

4. I seek compensatory and punitive damages for these violations.

**(h) Count VIII: Violation of 42 U.S.C. § 1986 – Neglect to Prevent Conspiracy**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America had knowledge of the conspiracy to violate my rights and failed to take action to prevent it.

3. These failures constitute a violation of 42 U.S.C. § 1986.

4. I seek damages and other appropriate relief.

(i) **Count IX: Violation of 18 U.S.C. §§ 241, 242 – Constitutional Rights Violations by Officials**

1. The details provided in the preceding Complaint, Demand for Jury Trial, Cause of Action, and attached Exhibits are included by reference as though set forth herein.

2. The United States of America conspired to and did violate my Constitutional rights through abuse of authority, threats, and coercion.

3. These actions constitute violations of 18 U.S.C. §§ 241 and 242.

4. I seek compensatory and punitive damages, along with injunctive relief and other appropriate remedies.

## VI.                                    DEMANDED RELIEF

161.    I, jessica leigh collins, demand the following relief from The United States of America:

### Compensation for Physical, Emotional, and Financial Damages

162.    I seek compensation for the ongoing physical, emotional, and financial damages I have incurred as a direct result of The United States of America's unlawful actions. This includes, but is not limited to, the physical harm, psychological torment, and profound emotional distress caused by the exploitation, trafficking, and subsequent systemic abuse I have suffered. The financial damages include the deprivation of my property, financial resources, and career opportunities as restitution. Based on the ongoing and sustained nature of the harm inflicted, I demand **$50,000,000** in compensation for these damages and the wide reaching impact on me and my family.

### Punitive Damages

163.    To deter the people working for the Government of The United States of America

from perpetrating these crimes and to hold them accountable for their actions, I demand punitive damages in the amount of **$500,000,000**. This amount is intended to represent the permanent and deliberate damages of sex trafficking and racketeering crimes perpetrated by people engaging in the systemic abuse to profit The United States of America, and protect me from retaliation by people who aided these crimes. These damages are necessary to deter criminals within The Government from additional crimes and sets a clear precedent that this unlawful and amoral conduct is not tolerated.

## Declaratory Relief

164.    The declaratory relief acknowledgment that the Government for The United States of America through its agents, employees, and people acting in unison, violated by guaranteed right in The Constitution for the United States, and Federal statues, including, but not limited to, The Trafficking Victims Protection Act (TVPA), 18 U.S.C. §§ 1581–1597, Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. § 1962, by trafficking me and my daughter, caused my daughter's murder, and suppressed and obstructed the truth and this Lawsuit with false news, and fraudulent court cases, related Jeffrey Epstein and the DC Madam. This declaration is essential to confirm the violations, correct records based on facts, repair my reputation a rightful honorable standing, and to ensure that The United States of America is held accountable in a manner that will prevent future abuse and protect the rights of other victims in similar situation.

## Issuance of a Temporary Restraining Order (TRO)

165.    The declaratory relief acknowledgment that the Government for The United States of America through its agents, employees, and people acting in unison, violated by guaranteed right in The Constitution for the United States, and Federal statues, including, but not limited to, The Trafficking Victims Protection Act (TVPA), 18 U.S.C. §§ 1581–1597, Racketeer Influenced and

Corrupt Organizations (RICO) Act, 18 U.S.C. § 1962, by trafficking me and my daughter, caused my daughter's murder, and suppressed and obstructed the truth and this Lawsuit with false news, and fraudulent court cases, related Jeffrey Epstein and the DC Madam. This declaration is essential to confirm the violations, correct records based on facts, repair my reputation a rightful honorable standing, and to ensure that The United States of America is held accountable in a manner that will prevent future abuse and protect the rights of other victims in similar situation.

### Theft of Home through Provable Fraud

166.    This Court must provide a Temporary Restraining Order to immediately cease all unlawful actions being taken by Defendant Joseph Auletta, Accomack County, Chincoteague Bay Trails End Association Incorporated (CBETA), and any other associated people or parties. These actions include the obstruction of my rights to my home and property and interference with this lawsuit.

### Irreparable Harm

167.    Failure of this Court to grant a TRO against the aforementioned people and entities who are attempting to force me into sex trafficking, shall cause me in irreparable harm. The TRO is critical to prevent further harm, harassment, and obstruction of justice, and to allow me to pursue my lawsuit without interference.

### Conclusion

168.    The relief sought herein is just and reasonable given the extraordinary nature of the violations perpetrated against me.

169.    The United States of America's actions have caused irreparable damage to my life, and the amounts requested reflect the extent of the harm suffered and the necessity for both compensation and deterrence. I demand these sums and relief to secure justice, restore my rights,

and protect me from further harm.

VII.                          <u>JURISDICTION</u>

170.    This Court has jurisdiction over this action and the claims set forth herein pursuant

to 28 U.S.C. § 1331, as this case arises with the laws of the United States, including but not

limited to:

(1)    Violation of the Article III Section 3, 18 U.S.C. § 2381 based on the Crimes Act of

1790 for Treason by Federal Officials using a standing army, called Police who trafficked me

and my daughter, aided in her murder, its cover up, and profited from their crimes;

(2)     Violations of the First Amendment, concerning my rights to free speech, press, and

petition, particularly in the context of suppression and obstruction of efforts to expose the

trafficking scheme;

(3)    Violations of the Fifth Amendment, particularly my rights to due process in false

charges, and equal protection by law to prosecute my perpetrator, and undue deprivation of

liberty; Government sex trafficking and its cover up;

(4)    Violations of the Eighth Amendment, specifically treatment that amounted to cruel

and unusual punishment, in the form of trafficking and abuse of me and my daughter;

(5)    Violations of the Thirteenth Amendment, prohibiting sex slavery, which were directly

violated through the forced sex trafficking of me and my daughter;

(6)    The Trafficking Victims Protection Act (TVPA), 18 U.S.C. §§ 1581–1597, which

addresses the harm caused by sex trafficking;

(7)    The Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§

1961–1968, which applies to racketeering activities, including those involving sex trafficking

and organized criminal conspiracy; and

(8)     Civil Rights Violations under 42 U.S.C. § 1983, which covers deprivation of rights in

the U.S. Constitution, including the right to be free from sex trafficking, cruel and unusual

punishment and have due process, property, and right to liberty.

171.    This Court has venue over this action pursuant to 28 U.S.C. § 1391(b) because a

substantial part of the events giving rise to the claims occurred in this District, including but not

limited to:

(1)     My response to an advertisement that disguised sex trafficking, while attending The

Catholic University of America in Washington, District of Columbia;

(2)     The Deborah Jeane Palfrey case that improperly excluded me as a victims, which was

heard in this District, further establishing the connection between these crimes and the

jurisdiction; and

(3)     The United States of America, is implicated in actions taken by its agents,

contractors, and officials, including Joseph Robinette Biden Junior, and Donald John Trump

with Jeffrey Epstein. I was trafficked to Joseph Biden, and video proof exists showing the sex

trafficking of my underage daughter to him, which is publicly available on the internet.

172.    These actions directly tie the Defendant to the events and crimes described herein,

and further connect these events to this District. The crimes of sex trafficking, racketeering, and

the initial cover up were orchestrated primarily within this District, further establishing that this

Court is the proper venue for this case.

173.    The cover up of these crimes by people within the Government for The United States

of America who perpetuated the sex trafficking operation. These actions, including concealment

and deliberate omissions, occurred primarily within this District, further affirming this Court's

jurisdiction and venue for this case.

174.     This case meets the requirements for both Federal question jurisdiction under 28

U.S.C. § 1331 and diversity jurisdiction under 28 U.S.C. § 1332, due to the diversity of people

from multiple State jurisdictions, including but not limited to Government Officials, contractors,

and private entities.

(1)     I was sex trafficked in multiple State jurisdictions, including Maryland, Oregon, and

Virginia. Additionally, I to escape the sex trafficking in multiple States, including California,

New Mexico, and Delaware where I encountered people who perpetuated the trafficking

given the opportunity to help.

(2)     I currently live in Virginia under circumstances of a hostage to the man who

trafficked me directly for Jeffrey Epstein's ring, where I continue to endure sex trafficking

and racketeering abuse on a daily basis.

(3)     Joseph Auletta, the man who has maintained sex trafficking me and provided for

relocation and housing in various State jurisdictions, where I was sex trafficked and related

crimes were further perpetrated against me, and my daughter impacting my life in various

jurisdictions.

(4)     Coerced movement between State jurisdictions, supports my lawsuit under Federal

law, including violations of my guaranteed rights in the Constitution for The United States of

America.

(5)     Sex trafficking, and related racketeering occurred across multiple State jurisdictions

as part of a larger, conspired pattern, which further proves this Court's jurisdiction under both

Federal question and diversity jurisdiction.

175.     The amount in controversy in this case exceeds the statutory threshold of $75,000.

My lawsuits arises from actions that were taken or orchestrated by Officials and people from multiple State jurisdictions, further supporting this Court's jurisdiction under diversity of citizenship.

176.    This Court has jurisdiction over this action under 28 U.S.C. § 1331 and 28 U.S.C. § 1332, as my lawsuit arises from violations of Federal law and Constitutional rights.

177.    Federal jurisdiction is also appropriate because the people actions within the Government for The United States of America constitute violations of Federal Law, including Constitutional rights protected under the Fourth and Fourteenth Amendments. Federal agencies, such as USPS and the FBI, that perpetrated trafficking of illicit drugs. The case involves interstate criminal activities, including trafficking and drug distribution, which are inherently federal matters.

## VIII.    <u>ATTACHED EXHIBITS</u>

Exhibits A through AA show facts of my testimony and are hereby entered as documented proof:

(A) **Exhibit A** Aisha aged 10-12y/o with Joseph Biden. Aisha after 1hr from Epstein and Trump.

(B) **Exhibit B** Epstein, DC Madam, Norris, and Luna Testimony. Windsor mistaken for Trump.

(C) **Exhibit C** USAF/CIA Auletta verifies DC Madam. Falsifies work to hide sex trafficking.

(D) **Exhibit D** Mexico where Biden trafficked me ≈2003 through Epstein and DC Madam.

(E) **Exhibit E** USAF/CIA Auletta affidavit verifies trafficking to Government Officials.

(F) **Exhibit F** USAF/CIA Auletta non-denial of MD Sex Trafficking Statue 11-303.

(G) **Exhibit G** Auletta admits work for the Central Intelligence Agency/ CIA.

(H) **Exhibit H** CIA hired to limit damage in DC Madam case.

(I)  **Exhibit I** Police indictment in DC Madam crime. ABC false news. Judge bans records.

(J)  **Exhibit J** DC Madam blackmail operation run with CIA Kyle Foggo.

(K)  **Exhibit K** DC Madam and Jeffrey Epstein alleged suicides evasion from justice.

(L)  **Exhibit L** DOJ Alphabay shut down hides aisha Alphabay name given 02/16/17. FBI $20M.

(M)  **Exhibit M** Alleged suicide of supposed Alphabay owner in jail. DOJ.

(N)  **Exhibit N** Alleged suicide of Moldovan Alphabay trafficker in jail. CBS.

(O)  **Exhibit O** Reporter hides Alphabay name given 02/16/17. Rampant defamation.

(P)  **Exhibit P** Falsifies cause of daughter's death.

(Q)  **Exhibit Q** Permanent closure of the Good Shepherd conceal aisha's rape, assault, and abuse.

(R)  **Exhibit R** Class action excludes aisha in Lawsuit against Good Shepherd Catholic Charities.

(S)  **Exhibit S** Real estate profit from Good Shepherd Catholic Charities closure.

(T)  **Exhibit T** Good Shepherd shut down alleged mother Brown.

(U)  **Exhibit U** Email to the attorneys Good Shepherd ignored.

(V)  **Exhibit V** Johnathan Luna drive me to Epstein alleged death.

(W)  **Exhibit W** Gloria Allred visit in Beverly Hills California. Denied representation in 2005.

(X)  **Exhibit X** People I was trafficked to with public personas.

(Y)  **Exhibit Y** 10,000 DC Madam & 1,000 Jeffrey Epstein's "clients" concealed by U.S. Judges.

(Z)  **Exhibit Z** Mistaken Trump for Windsor, due to threats and coercion.

(AA)  **Exhibit AA** Emails ignored by CBTEA perpetrating theft by fraud.


## IX. CONCLUSION

### Conclusion and Demand for Justice

178.    I, jessica leigh collins, bring my case to this Court as a victim of a entrenched in a far

reaching network of abuse, sex trafficking, and racketeering that has been perpetuated with the complicity of powerful people and institutions. The facts presented here are irrefutable, and the proof provided can be expanded upon to expose the full extent of the conspiracy that has systematically destroyed mine and my daughter's lives. The deliberate obfuscation, coercion, and suppression of truth by people in power must be exposed for truth or justice to prevail on earth.

179.    In light of the facts presented, it is imperative that this Court recognize the unprecedented nature of the truth brought forth in this case, and the systemic abuse, corruption, and violation of my guaranteed Constitutional rights perpetrated by people within the United States Government. The criminal actions outlined throughout this Lawsuit demand swift action and a commitment to truth and justice. Failure to do so, shall also shine light on the truth.

180.    The truth of my case has been buried for decades by people protecting their financial and reputational interests, and by the people inside the systems intended to hold the guilty accountable. My lawsuit demands recovery for the unimaginable harm done to me and my daughter, and exposure of the corruption and criminality at the highest levels of the United States Government and corporate enterprise. This case presents more than just the resolution of a private grievance, it is a demand for truth, transparency, and the restoration of integrity to a system that has long been hijacked by people willing to profit from suffering.

181.    As set forth in this motion, the actions of the United States, as well as the people who have criminally conspired, have caused immeasurable harm to me, my family, and an untold number of other victims. These actions are not isolated or accidental; they are part of a deliberate and harmful effort to maintain control over people who are vulnerable, to profit from their exploitation, and to obstruct justice at every turn.

182.    It is imperative that this Court understand the full scope of this case and the

consequences of additional obstruction, defamation or inaction. The violations of Federal and

U.S. Constitutional Law, including treason, sex trafficking, racketeering, obstruction, and the

ongoing retaliatory crimes against me must cease. This Court has an obligation to act in the

interest of me, and the people who have been silenced, abused, and suppressed by this criminal

enterprise. Therefore, I instruct that the following is honored:

### Immediate Action to Cease the Unlawful Actions

183.    The Court must provide a Temporary Restraining Order to halt the ongoing unlawful

actions being taken by the following subjects of The United States of America: (1) Joseph

Auletta 4524 Habershaw Rd NW Albuquerque NM 87102 (505) 980-7857

joseph.auletta@gmail.com, (2) Chincoteague Bay Trails End Association Incorporated PO Box

240 35016 John Dory Court Horntown Accomack County, VA 23395 (757) 824-3428

communitymanager@cbtea.net, (3) Accomack County, Virginia Clerk of Courts Talia Taylor P.O.

Box 126 23316 Courthouse Avenue Accomac, VA 23301 (757) 789-5310 ttaylor@vacourts.gov,

and any other associated people who are violating my guaranteed rights and obstructing of this

lawsuit from full, complete, and proper documentation.

### Compensation for Physical, Emotional, and Financial Damages

184.    The harm caused by these violations of my rights is incalculable. I demand

compensation to the fullest extent possible, recognizing the permanent and irreparable emotional,

physical, and financial damage I have sustained as a result of these actions.

### Punitive Damages

185.    To deter the misconduct of people within the Government for The United States of

America and ensure that no man or woman, regardless of their status or position, can evade

accountability for their actions, I demand punitive damages in the amount of $500,000,000.

## Declaratory Relief

186.    This Court must provide a declaratory judgment acknowledging that The United States of America's actions violated my guaranteed rights in The Constitution for The United States of America, and that the unlawful racketeering, trafficking, and obstruction of justice ceased.

## Full Investigation and Prosecution

187.    Given the gravity and scope of the crimes perpetrated, I demand that the Court immediately initiate a full and transparent investigation into the involvement of all people connected to this case. These people must be held accountable for the crimes perpetrated not only against me and my daughter but also against the public. The lies propagated by corporate media and within official United States records act to protect criminal organizations operating within the Government under the guise of authority and through abuse of power.

## Permanent Injunction

188.    To ensure the cessation of these crimes and prevent further harm, I demand that a permanent injunction be issued prohibiting any further actions that obstruct my pursuit of justice, the concealment of evidence, or the manipulation of legal processes.

189.    The actions and conduct of the United States, its agents, and its collaborators have caused irreparable harm to me, my family, and society as a whole. This case is not just a matter of redress for me; it is a matter of international significance, for it is based upon the fundamental matter of truth, peoples rights, and the rule of law under integrity and honor. The public interest demands that this case be heard and resolved with the utmost seriousness, and that the truth be exposed, no matter how uncomfortable it may be for people in power.

190.    If this case is dismissed or ignored, it will prove to perpetuate the cycle of abuse and

exploitation that has plagued this country for far too long. This Court must act decisively to uphold the truth and justice, and to ensure that the voices of the real victims of Jeffrey Epstein and these heinous crimes are heard and honored. The truth cannot be allowed to remain buried by our perpetrators and his accomplices any longer. The known perpetrators of pedophilia and child sex trafficking aided by United States Officials must be held accountable for their crimes.

Respectfully,

**jessica leigh collins**

Referred to as
Plaintiff by this court
P.O. Box 160
Horntown, VA 23395
jessicaleighcollins@me.com
Date: January 17, 2025

**X.**                    <u>**CERTIFICATE OF SERVICE**</u>

I, the woman called jessica leigh collins living under duress by people working for The United

States of America, hereby certify that on this 17 day of January, 2025, I served a true and correct

copy of the Redress for Sex Trafficking and Racketeering by United States of America, to the

following:

UNITED STATES OF AMERICA

District of Columbia District Court
333 Constitution Ave. NW
Washington DC 20001

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

**jessica leigh collins**

jessicaleighcollins@me.com
(971) 901-7944
jessica leigh collins
P.O. Box 160
6163 Nautilus Drive
Horntown, VA 23395